1

2       UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK
3       -------------------------------------------X
        LAURA POLANCO,
4
                                        PLAINTIFF,
5
                     -against-          Case No.:
6                                       14 CV 7986(NRB)

7       CITY OF NEW YORK, ADAM GARGIR, Individually,
        JOSE SANTORY, Individually, HOWARD ROTH,
8       Individually, MICHAEL CHAVARRIA,
        Individually, LUIS MARTE, Individually,
9       WILLIAM ESPOSITO, Individually, and JOHN and
        JANE DOE 1 through 10, Individually, (the
10      names John and Jane Doe being fictitious, as
        the true names are presently unknown),
11
                                        DEFENDANTS.
12      -------------------------------------------X

13

14                              DATE: January 3, 2017

15                              TIME: 11:27 a.m.

16

17           DEPOSITION of the Non-Party, FLORENTINO

18      CANELA ZORRILLA, taken by the Respective

19      Parties, pursuant to a Subpoena and to the

20      Federal Rules of Civil Procedure, held at

21      the offices of Brett H. Klein, Esq., PLLC,

22      305 Broadway, Suite 600, New York, New York

23      10007, before Anna Vortsman, a Notary Public

24      of the State of New York.

25

1                    F. C. ZORRILLA

2     the business with the police -- it's like

3     two, three blocks, when I went with the

4     police.

5          Q.   And what had happened at the first

6     location that you're not sure of?

7          A.   There was a drunken person who

8     struck -- collided with my car, both in

9     front and in back, twice, front and back.

10         Q.   Before he first struck your car,

11    had something happened?

12         A.   He had fought with some other

13    people who were close to us.  They had been

14    hitting...

15         Q.   So you observed him fighting with

16    some other people?

17         A.   Yes.

18         Q.   And you knew those other people?

19         A.   No.

20         Q.   When you say they were close to

21    you, what did you mean?

22         A.   A distance of about three cars --

23    car distance away in front.

24         Q.   Do you know what had caused that

25    fight that you were observing?

1                    F. C. ZORRILLA

2          A.   Yes.

3          Q.   And then what happened after that?

4          A.   He made a reverse and he left.

5          Q.   And what did you do?

6          A.   At that moment the police arrived.

7    They were passing by.

8          Q.   Did you flag them down somehow?

9          A.   Yes.  They stopped.

10         Q.   Did they stop because you waved at

11   them or they just stopped on their own, if

12   you know?

13         A.   We signaled to them.

14         Q.   Who else were you with during this

15   incident?

16         A.   My girlfriend.  There were

17   three -- actually, four more people.

18         Q.   And who were they?  Friends,

19   family?

20         A.   My girlfriend's sister and the

21   husband of that sister, and two friends

22   besides.

23         Q.   Did any of you get injured from

24   the gentleman striking your car with his

25   vehicle?

1                    F. C. ZORRILLA

2          A.    They went to the hospital, but

3     there was no major injury at all.

4          Q.    And did you have any injuries?

5          A.    I only had pain in my back.

6          Q.    How long did that last?

7          A.    Almost two months.

8          Q.    And the vehicle that you were in,

9     was that your vehicle?

10         A.    It was my own, but it was under

11    the name of my ex-wife.

12         Q.    And was that vehicle damaged?

13         A.    Total loss.

14         Q.    Did you or your ex-wife have

15    insurance for the vehicle?

16         A.    Yes.

17         Q.    Did insurance give you -- cover

18    the damage to the vehicle?

19         A.    No.

20         Q.    Do you know if the gentleman who

21    struck your vehicle -- did his vehicle have

22    insurance?

23         A.    It was expired.

24         Q.    Was there any type of proceeding

25    or lawsuit or claim made related to your

1           F. C. ZORRILLA

2      vehicle that you're aware of?

3           A.   I don't remember.

4           Q.   So you never received any type of

5      payment for the damage to the vehicle,

6      though, your vehicle?

7           A.   No.

8           Q.   And neither did your ex-wife?

9           A.   No.

10          Q.   After you flagged down the police

11     officers, what happened?

12          A.   I told them where the vehicle had

13     gone through, where it had left, and another

14     patrol car came by and remained with me.

15     And they, the other ones, left so as to

16     search and see if they could find anybody in

17     the area.

18          Q.   Did you ever get the names of any

19     of the police officers who you interacted

20     with?

21          A.   No.

22          Q.   Can you describe any of them?

23          A.   There was one who was Hispanic,

24     tall.  The color of his skin would be like

25     my own.  The other one, I remember is short,

1         F. C. ZORRILLA

2    kind of heavyset.

3         Q.   The tall Hispanic, was he in the

4    first vehicle you flagged down or in the

5    second vehicle that came?

6         A.   The first vehicle.

7         Q.   And how about the short one that

8    you remembered?

9         A.   That one came in another vehicle.

10        Q.   Is there anything you remember

11   about the conversation you had with the

12   officers in the first vehicle?

13        A.   Yes.  I told them that he struck

14   me twice, collided with me twice.  Nothing

15   else.

16        Q.   Did you tell those officers

17   anything about the fights you had observed

18   happening?

19        A.   No.  I don't remember.  No.  No, I

20   didn't tell them about that.

21        Q.   And then the second -- the

22   officers in the second vehicle who came, do

23   you remember anything about what you spoke

24   to them about?

25        A.   No.  He told them what the car

1                        F. C. ZORRILLA

2      was, and they left to see if they could

3      search and find the car.

4           Q.   The second vehicle went on the

5      search?

6           A.   Correct.

7           Q.   So just so I understand, the

8      officers in the first vehicle told the

9      officers in the second vehicle where they

10     should go and search?

11          A.   We told them to go through that

12     area.  So they went up that area to see if

13     they could find him.

14          Q.   Did you speak to the police

15     officers in both of the vehicles or just one

16     set of the officers?

17          A.    I spoke only to the officers that

18     came in the first vehicle, because my

19     English is not very good and the first

20     officer was Hispanic.

21          Q.   So you primarily spoke to the

22     Spanish-speaking officer?

23          A.   Correct.

24          Q.   Did any of the people who you were

25     with speak to any of the officers, or was it

1                    F. C. ZORRILLA

2      just you?

3            A.    It was me.

4            Q.    After the vehicle left to go

5      search for the man, how long did you remain

6      at the location?

7            A.    10 or 15 minutes.

8            Q.    And what were you doing during

9      those 10 or 15 minutes, if anything?

10           A.    I was just standing next to my

11     car.

12           Q.    I want to just go back to what you

13     were describing with the fight and before

14     the police came, very quickly.

15                 Is there anything else that you

16     remember happening that you didn't describe

17     earlier?

18           A.    No.

19           Q.    After the 10 or 15 minutes that

20     you were waiting, after those first police

21     officers left, what happened?

22           A.    We waited for them to call us to

23     see if something had happened.

24           Q.    Was the tall Hispanic officer

25     waiting with you or was it other officers?

1                    F. C. ZORRILLA

2          A.    He was waiting there with me.

3          Q.    And after you waited, did

4     something happen after that?

5          A.    No.

6          Q.    Did you go anywhere from the

7     location where the food truck was?

8          A.    No.  I remained there standing

9     after the incident until the police came to

10    pick me up so that I could go and identify

11    the person who had collided against me.

12         Q.    So the police who picked you up,

13    was that the car that had been driving

14    around looking for the person?

15         A.    No.  I left with the Hispanic

16    police officer.  He took me.

17         Q.    Did that officer tell you where he

18    was taking you or what was happening?

19         A.    Yes.  He told me to go, so that I

20    could identify the person.

21         Q.    Were you the only person who went

22    with the officer?

23         A.    Yes.

24         Q.    The people you were with, they

25    stayed at the location where the food truck

1                     F. C. ZORRILLA

2     was?

3           A.   Further ahead in my car.

4           Q.   And when you left with the

5     officer, where were you in his vehicle?

6           A.   In the rear.

7           Q.   And how many officers were in the

8     vehicle with you?

9           A.   Only he.  Only he.

10          Q.   Only the tall Hispanic officer?

11          A.   Yes.

12          Q.   So he was in the front, driving

13    the vehicle?

14          A.   Yes.

15          Q.   Do you remember what type of

16    vehicle it was?  Was it a marked police car

17    or an unmarked police car?

18          A.   It had police marks.

19          Q.   Did it have any kind of partition

20    between the backseat and the front seat?

21          A.   Yes, ma'am.

22          Q.   So you were in the rear of the

23    vehicle; is that right?

24          A.   Correct.

25          Q.   And where did the tall Hispanic

1                    F. C. ZORRILLA

2       officer take you?

3            A.    Where they had that gentleman

4       detained in the vehicle.

5            Q.    When you arrived at the location

6       where they had the gentleman detained, what

7       did you observe?

8            A.    They had him in handcuffs.  He was

9       handcuffed.  His hands were behind him and

10      he was leaning against the vehicle, his head

11      against the vehicle.

12           Q.    And how many officers was he with?

13           A.    Two.

14           Q.    Did you recognize those officers

15      from the location you had been at before?

16           A.    No.  I was -- they were inside the

17      vehicle, so I cannot say that I could

18      recognize those officers.

19           Q.    Just so I clarify, you mean they

20      were inside of the vehicle at the first

21      location?

22           A.    Yes.

23           Q.    So that you didn't get a good look

24      at them before they went to go look for the

25      man?

1                    F. C. ZORRILLA

2          A.    No.

3          Q.    When you flagged down the car at

4    the first location, how many officers were

5    in it?

6          A.    Two were in it, but I don't know

7    where the other one went to.

8          Q.    And he was not with you when you

9    drove to the second location?

10         A.    Only one police officer.

11         Q.    And that was the tall Hispanic

12   officer?

13         A.    Correct.

14         Q.    So when you arrived and you saw

15   the gentleman handcuffed, leaning on the

16   vehicle, what happened after that?

17         A.    He asked me if it were him.

18         Q.    When you say "he," the tall

19   Hispanic officer asked you?

20         A.    Correct.

21         Q.    And how far away were you from the

22   gentleman when he asked you if it was him?

23         A.    It was in the same street.  It was

24   more or less like over there, by here.  The

25   car was right across.  Like, a car or

1                     F. C. ZORRILLA

2    something-plus distance.  It was in the same

3    street.

4         Q.   And were you looking from the

5    backseat through the front windshield or

6    something else to see the man?

7         A.   I was parallel to him and at the

8    window -- the car's window.

9         Q.   Was it the driver side or the

10   passenger side that you were looking

11   through?

12        A.   The passenger side.

13        Q.   And when you saw the man, was it

14   the same person?

15        A.   Yes.  The same car and everything

16   that had struck me.

17        Q.   And you told the Hispanic officer

18   that it was the same?

19        A.   Correct.

20        Q.   Is there anything else that you

21   and the officer spoke about at this time?

22        A.   No.

23        Q.   And what was the lighting like?

24   Could you see the man clearly or was it dark

25   out?  You know, if you could describe it.

1                    F. C. ZORRILLA

2          A.    It was clear.

3          Q.    And was it light from the streets

4    or from the vehicles or both?

5          A.    The street lights.

6          Q.    Just going back, when you had

7    first observed the man push the woman, do

8    you know approximately what time it was?

9          A.    It was very late in the morning.

10   I don't remember.

11         Q.    So at the point that you were with

12   the police officer and looking at the second

13   location, it was about 15 minutes later; is

14   that right?

15         A.    10 or 15 minutes later.

16         Q.    And this was all in the very early

17   morning hours?

18         A.    Correct.

19         Q.    What happened after you told the

20   officer that that was the same gentleman who

21   had struck your vehicle?

22         A.    There came down a short woman and

23   another woman who was somewhat taller.

24         Q.    Were either of those women at the

25   first location?

1                          F. C. ZORRILLA

2          A.    No.

3          Q.    So neither of those two women were

4     the woman you had seen the gentleman push

5     when you were at the food truck?

6          A.    No.

7          Q.    What happened after the shorter

8     woman and the tall woman came down to the

9     street?

10         A.    They got close to the person who

11    was detained.

12         Q.    Both of them or just one of them?

13         A.    The shorter one.

14         Q.    So the shorter one got close to

15    the man who was detained?

16         A.    Yes.

17         Q.    And what happened after the

18    shorter woman got close to the man who was

19    detained?

20         A.    I remember that the police officer

21    said to her, "Back off."

22         Q.    And then what happened?

23         A.    She continued to get close, and he

24    would say to her, "Back off."

25         Q.    And when this was happening, where

1                    F. C. ZORRILLA

2    was the man in the handcuffs?

3         A.   He was in the same place and he

4    was shouting out, "Leave her alone.  Relax."

5         Q.   And when you say he was in the

6    same place, he was bent over the police

7    vehicle in handcuffs?

8         A.   Yes.

9         Q.   Was that the front -- the hood or

10   the rear of the police vehicle?

11        A.   Outside the rear of the vehicle.

12        Q.   So he was all the way at the rear,

13   like the end of the trunk, or to the side of

14   the rear, if you understand?

15        A.   He was with his hands like this,

16   lying down over the police car.

17        Q.   So indicating your hands behind

18   your back in handcuffs?

19        A.   Correct.

20        Q.   He was not inside of the police

21   vehicle when you saw him; is that correct?

22        A.   No.

23        Q.   So after the officer told the

24   shorter woman again to get back, what

25   happened?

1                    F. C. ZORRILLA

2          A.    She reacted and she struck the

3    police officer in his genitals.

4          Q.    The shorter female did?

5          A.    Correct.

6          Q.    When the officer was telling her

7    to get back, did he touch the short female

8    or was he just indicating?

9          A.    He would just indicate.

10          Q.    And when you say she struck him in

11    the genitals, what did she use to strike

12    him?

13          A.    With the leg.

14          Q.    And were you indicating your knee

15    or was it a foot or something else?

16          A.    With her knee.

17          Q.    So she used her knee to strike him

18    in the genitals?

19          A.    Correct.

20          Q.    And then what happened?

21          A.    He remained there hurt, and then

22    he reacted, and then he struck her with his

23    fist two or three times.

24          Q.    Where did he strike her with his

25    fist, in her face or something else?

1                          F. C. ZORRILLA

2          A.    The face.

3          Q.    And after he struck her two or

4      three times in the face with his fist, what

5      happened?

6          A.    The one who had been handcuffed

7      reacted, and he moved.

8          Q.    What did he do?

9          A.    The one who had been handcuffed

10     reacted and pushed against one of the police

11     officers.  He pushed against the chubby

12     police officer.  So the police officer

13     struck him again.  He struck him twice.

14         Q.    So the police officer who the

15     short woman kneed or used her knee to strike

16     in the genitals, was that the short chubby

17     officer you were describing?

18         A.    Yes.

19         Q.    And the man in the handcuffs

20     pushed against that same officer?

21         A.    Correct.

22         Q.    And then that short chubby officer

23     struck the man in the handcuffs?

24         A.    No.  The other police officer

25     struck him and pushed him.  I don't remember

1                    F. C. ZORRILLA

2      the face of the other police officer.

3           Q.   So the second police officer then

4      struck and pushed the man in the handcuffs?

5           A.   Correct.

6           Q.   And then what did you see happen

7      after that?

8           A.   Many police cars came.

9           Q.   Did you see the tall or skinny

10     female at all?

11          A.   Yes.  With all of the melee that

12     happened, they also struck her.  The police

13     also pushed her.

14          Q.   At what point did you see her

15     being struck and pushed?

16          A.   When she struck the short police

17     officer.  She wanted to intervene, and they

18     pushed her.

19          Q.   When you say, "When she struck the

20     short officer," when who struck the short

21     officer?

22          A.   Which of the --

23          Q.   I'll ask the question.

24               When you said, "When she struck

25     the short police officer," were you meaning

1                    F. C. ZORRILLA

2     when the short female struck the short

3     police officer?

4          A.   Yes.  She was there and she wanted

5     to intervene.  They didn't strike her.  They

6     pushed her.

7          Q.   So the short female struck the

8     short police officer, and then the tall

9     female wanted to intervene?

10         A.   Correct.

11         Q.   And was that after the short

12    officer had punched the short female?

13         A.   Correct.

14         Q.   So the short officer punched the

15    short female?  Strike that.

16              Did you see the short female fall

17    to the ground when she was punched?

18         A.   Yes.

19         Q.   Was it then that the tall

20    female -- you saw the tall female do

21    something?

22         A.   She wanted to intervene.

23         Q.   After the short female fell to the

24    ground?

25         A.   Correct.

1              F. C. ZORRILLA

2          Q.   And what did she do?  When you say

3     "she wanted to intervene," what did you

4     actually see her do?

5          A.   She wanted, like, to separate her.

6          Q.   To pull the short female back?

7          A.   No.  It's like she placed herself

8     in the middle so that they wouldn't strike

9     her.

10          Q.   Wouldn't strike the short female?

11          A.   Correct.

12          Q.   And what did the police do to the

13     tall female when she did that?

14          A.   He did not strike her.  He just

15     pushed her.

16          Q.   How?

17          A.   He pushed her towards the side,

18     separating her.

19          Q.   With his hands?

20          A.   With his hands.

21          Q.   Was this the short officer or the

22     one who you saw hitting the man?

23          A.   The one who was on the side, the

24     police.

25          Q.   Was that a different police

1              F. C. ZORRILLA

2    officer?

3         A.    There were two.

4         Q.    So was it the short one or the one

5    that you couldn't really describe that

6    pushed the taller female away?

7         A.    The tall one.

8         Q.    Had you seen the tall one do

9    anything before he pushed the tall woman to

10   the side?

11        A.    No.

12        Q.    He was not the one who struck the

13   man in the handcuffs?

14        A.    At that moment, when he moved

15   after that, that's when they pushed the

16   woman.

17        Q.    I'm confused with when who moved?

18        A.    When the man who was in handcuffs

19   moved, the police officer struck him once,

20   pushed him back.  She moved as well, and

21   then the police pushed her.

22        Q.    Where was the tall Hispanic

23   officer at this point, if you know?

24        A.    He got out of the car quickly and

25   he went to the scene, but after all of that,

1                    F. C. ZORRILLA

2        wish to continue with the suit, because the

3        vehicle had been under her name.

4             Q.   Do you still have a copy of the

5        police report?

6             A.   I'm not sure, because I moved.  It

7        may be that I do.

8             Q.   If you could look for the police

9        report and if you find it, if you could let

10       me know.  I would appreciate it.

11            A.   Correct.  Fine.

12            Q.   Do you still have a copy of the

13       subpoena that you received to tell you to

14       come here today?

15            A.   Yes.

16            Q.   So my information is on that

17       subpoena, if you're able to find the police

18       report.

19            A.   Okay.  No problem.

20            Q.   I want to go back to the Merriam

21       Avenue location.  Other than seeing the tall

22       female trying to get in between -- is that

23       what you described, that she tried to

24       intervene by getting in between the short

25       female?

1                    F. C. ZORRILLA

2          A.    Correct.

3          Q.    Did you see her do anything other

4     than that, before she was pushed?

5          A.    No.

6          Q.    Well, did she physically touch the

7     shorter female, from what you could see?

8          A.    Did she?  No.  She came close.

9          Q.    And did she physically touch any

10    police officers before you saw her pushed?

11         A.    No.

12               MS. GREEN-STARK:  Just give me a

13          couple of minutes, and then I think I'm

14          probably finished.

15               (Whereupon, a short recess was

16          taken.)

17    BY MS. GREEN-STARK:

18         Q.    So I just have one more question.

19    In the event that we needed to contact you

20    again and if your address or phone number

21    changed, is there any other contact person

22    or phone number you could give us to reach

23    you at?

24         A.    If you send me e-mail.

25         Q.    Do you mind giving me -- and we