1

2    UNITED STATES DISTRICT COURT SOUTHERN
     DISTRICT OF NEW YORK

3    ----------------------------------------X
     LAURA POLANCO,

4
                                PLAINTIFF,
5
          -against-            Case No.:
6                              14-CV-7986(NRB)

7
     CITY OF NEW YORK, ADAM GARGIR,
8    Individually, JOSE SANTORY, Individually,
     HOWARD ROTH, Individually, MICHAEL
9    CHAVARRIA, Individually, LUIS MARTE,
     Individually, WILLIAM ESPOSITO,
10   Individually and John and Jane Doe 1
     through 10 Individually, (the names John
11   and Jane Doe being fictitious, as the true
     names are presently unknowns.

12
                                DEFENDANTS.
13   ----------------------------------------X

14

15                  DATE:  November 28, 2016

16                  TIME:  11:20 A.M.

17

18

19            EXAMINATION BEFORE TRIAL of the

20   Defendant, LUIS MARTE, taken by the

21   Plaintiff, pursuant to a Court Order, held

22   at the offices of Brett H. Klein, PLLC, 305

23   Broadway, Suite 607, New York, New York

24   10007, before Christine Socci, a Notary

25   Public of the State of New York.

1                    L. MARTE
2          Q.    Have you ever posted about
3     interaction with people you arrested?
4          A.    No.
5          Q.    Are you left- or right-handed?
6          A.    I am right-handed.
7          Q.    What is your height and weight?
8          A.    About 5'11" and 222.
9          Q.    How do you describe your race,
10    complexion and general physical appearance?
11         A.    I am a Hispanic male,
12    light-skinned.
13         Q.    Your hair?
14         A.    Bald.
15         Q.    You have facial hair?
16         A.    Yes.
17         Q.    Back in 2012, did you weigh
18    approximately the same amount as you do
19    today?
20         A.    I fluctuate.
21         Q.    You are not sure if it was more
22    or less then?
23         A.    It should be around the same
24    ballpark.
25         Q.    Did you wear your hair the same

1                    L. MARTE

2    remember?

3        A.    Occurring to this, leading up

4    to this?

5        Q.    Correct.

6        A.    We came over as -- Officer

7    Santory came over the air needing a

8    Spanish-speaking officer in regards to an

9    accident.  I appeared on the scene, it was

10   a hit and run at the time.

11       Q.    Let me stop you real quick.

12   When you say you appeared at the scene what

13   location was the scene?

14       A.    At that point it was the E.L.

15   Grant Highway.

16       Q.    From what you recall, Santory

17   requested a Spanish speaking officer to the

18   E.L. Grant Highway?

19       A.    Yes.

20       Q.    Do you speak Spanish?

21       A.    Yes.

22       Q.    Are you fluent?

23             MR. KURUVILLA:  In Spanish.

24       A.    Yes.

25       Q.    Do you recall approximately

1        L. MARTE

2   radio, I drive.

3        Q.    Do you know if he went over the

4   radio?

5        A.    I couldn't tell you if he did

6   or not.

7        Q.    Would typically if you were

8   responding, would you acknowledge you were

9   responding?

10            MR. KURUVILLA:  Objection.

11       A.    Yes.

12       Q.    Would that be over central.

13       A.    Should be.

14       Q.    That would be a recorded call?

15            MR. KURUVILLA:  Objection.

16       A.    Yes.

17       Q.    You responded to E.L. Grant

18   Highway; what do you recall happening

19   there?

20       A.    There was a complainant, there

21   was -- a vehicle was struck by another

22   vehicle.  The other vehicle fled the scene.

23   I was translating for Officer Santory?

24       Q.    Do you remember what was said?

25       A.    The vehicle hit him and took

1          L. MARTE
2     off.
3          Q.     Anything else that you recall?
4          A.     That's basically it, what
5     happened at that spot.
6          Q.     Did the individual you were
7     translating for, do you know if he spoke
8     any English at all?
9          A.     Not that I remember.
10         Q.     What was Officer Chavarria
11    doing, if anything?
12         A.     He was also there.
13         Q.     Did he exit out of the RMP with
14    you?
15         A.     Yes.
16         Q.     Does he speak Spanish?
17         A.     Yes, he does.
18         Q.     You were the one doing the
19    translating?
20         A.     We both were standing there so
21    either or could have translated.
22         Q.     Do you know if you were asking
23    the complainant questions or were you
24    literally translating for Santory.
25         A.     I was translating for Santory.

1             L. MARTE

2       Q.    Other than the minivan was

3   struck and the person who fled, do you

4   recall being told anything else?

5       A.    That was about it.

6       Q.    Do you know how long you were

7   at E.L. Grant Highway for?

8       A.    Approximately a few minutes.

9       Q.    What happened next?

10      A.    A radio run came over of a

11  vehicle striking multiple vehicles, another

12  accident, and they gave a description of

13  the vehicle as the vehicle that the

14  gentleman was describing to us.

15      Q.    You recall hearing a radio run

16  that the same vehicle struck other

17  vehicles?

18            MR. KURUVILLA:  Objection.

19      A.    Yes.

20      Q.    What happened after that?

21      A.    Responding to the scene with

22  the complainant in the back to be able to

23  identify the vehicle.

24      Q.    Do you know; were Santory and

25  Roth still present with you at the E.L.

1                    L. MARTE

2        Q.    You described him moving her
3    away; how does he touch her?
4        A.    He grabbed her by the arm and
5    moved her.
6        Q.    He used his hand to grab her
7    arm and moved her away?
8        A.    Yes.
9        Q.    How far did he move her?
10       A.    Not much, that's when she
11   turned to hit him.
12       Q.    At that point, did you see any
13   other civilians react?
14       A.    Besides the civilians standing
15   on the corner, no.
16       Q.    Did you hear anything else
17   being said at that point?
18       A.    People were screaming, I am not
19   sure.
20       Q.    After you claim the chubby
21   female kicked Santory in the groin, what
22   happened?
23       A.    Santory reached to grab his
24   privates, then Officer Roth went to assist
25   him.

```
 1                      L. MARTE
 2          Q.     He had been at the trunk of the
 3    vehicle?
 4          A.     Yes.
 5          Q.     He went to assist?
 6          A.     Yes.
 7          Q.     While Officer Santory was
 8    grabbing his privates?
 9          A.     Yes.
10          Q.     What happened when he went to
11    the assist?
12          A.     He tried to grab the chubby
13    female and at this point a skinny female
14    appeared.
15          Q.     Did you see where she came
16    from?
17          A.     No.
18          Q.     Were you still in your vehicle
19    at this point?
20          A.     Yes.
21          Q.     Is there any reason you had not
22    exited to assist?
23          A.     No.
24          Q.     When the skinny female came
25    over, what happened next?
```

69

L. MARTE

2   A.   Yes.

3   Q.   Did they remain standing when
4   he grabbed her?

5   A.   Yes.

6   Q.   At the point the skinny female
7   came over, what was happening?

8   A.   Officer Roth was pulling away
9   the female from Santory.  All of a sudden
10  the skinny female shows up and Chavarria
11  stepped out to assist them.

12  Q.   When the skinny female showed
13  up, what did she do?

14  A.   She went to grab Officer Roth
15  and that's when Chavarria stepped out to
16  assist him.  So she could not get physical
17  at that point.

18  Q.   When you said she went to grab
19  him what indicated she was going to grab
20  him?

21  A.   She was lunging towards him.

22  Q.   Did she actually touch him?

23  A.   I could not tell you yes or no.

24  Q.   When you say lunging?

25  A.   She was going towards him.  She

DIAMOND REPORTING  (877) 624-3287  info@diamondreporting.com
69

```
 1                    L. MARTE
 2          Q.    The skinny female came out
 3    towards Officer Roth from what you saw?
 4          A.    Yes.
 5          Q.    Officer Chavarria exited the
 6    vehicle?
 7          A.    Yes.
 8          Q.    What did he do?
 9          A.    Chavarria tried to grab the
10    skinny female.
11          Q.    You are still in the vehicle at
12    this point?
13          A.    Yes.
14          Q.    When you say he tried to grab
15    the skinny female, what did you see?
16          A.    I saw he pulled her back and he
17    tried to help her out with the chubbier
18    female.
19          Q.    Pulled her back and tried to
20    help who?
21          A.    Roth, he was struggling with
22    her.
23          Q.    When he pulled her back, what
24    did you see?
25          A.    He just pulled her to the back
```

1                    L. MARTE

2    and went to help her with the chubby

3    female.

4         Q.    Did the skinny female fall to

5    the ground?

6         A.    No.

7         Q.    What happened after he pulled

8    the skinnier female back; what did she do?

9         A.    She was on his back.

10        Q.    On whose back?

11        A.    Chavarria.

12        Q.    You said Officer Chavarria

13   pulled the skinny female back?

14        A.    Yes.

15        Q.    He went to --

16        A.    Assist Roth.

17        Q.    With the chubby female?

18        A.    Yes.

19        Q.    You said she was on his back?

20        A.    Yes.

21        Q.    When did that happen?

22        A.    Within a second or so.

23        Q.    After he pulled her back --

24        A.    She went on top of him.

25        Q.    She got on top of Chavarria's

                         L. MARTE
1
2    back?
3          A.    Yes.
4          Q.    You saw that from your vehicle?
5          A.    Yes.
6          Q.    What happened after the skinny
7    female was on Chavarria's back?
8          A.    The male started stepping out
9    of the police vehicle.
10         Q.    How did he get out of the
11   vehicle?
12         A.    The door was open.
13         Q.    After the second time you are
14   saying --
15         A.    He can't close the door.
16         Q.    You have to wait until I
17   finish.
18         A.    Go ahead.
19         Q.    After the second time the
20   chubbier female opened the door, the door
21   was never closed?
22         A.    No.
23         Q.    It remained open the whole
24   time?
25         A.    Yes.

1                    L. MARTE

2          Q.     That individual was handcuffed

3    still; is that correct?

4          A.     Yes.

5          Q.     The door remained open and he

6    stepped out?

7          A.     Yes.

8          Q.     What happened after that point;

9    is the skinny female on Chavarria's back?

10         A.     Yes.

11         Q.     What is Santory doing?

12         A.     He is assisting Officer Roth

13   with the chubbier female.

14         Q.     What was she doing at this

15   point?

16         A.     That the point I wasn't paying

17   attention anymore.  I saw the individual,

18   the male, stepping out of the vehicle so I

19   went to apprehend him.  I stepped out at

20   that time.

21         Q.     The first time you exited your

22   vehicle was when you saw the male exiting

23   Santory's vehicle?

24         A.     Yes.

25         Q.     When he was exiting Santory's

1                    L. MARTE
2  vehicle, did you see him do anything.
3        A.    When was stepping out of the
4  vehicle.  I got there pretty fast and I
5  grabbed him.
6        Q.    How do you grab him?
7        A.    By his arms.
8        Q.    Then what happened?
9        A.    I was -- I started getting
10  kicked.
11        Q.    Kicked how?
12        A.    On my leg.
13        Q.    By who?
14        A.    The skinnier female.
15        Q.    The skinnier female started
16  kicking you on your leg?
17        A.    Yes.
18        Q.    This is while you were holding
19  onto the male?
20        A.    Yes.
21        Q.    Did you ever see how the skinny
22  female got out of Officer Chavarria's
23  vehicle?
24        A.    At this point I was dealing
25  with the male.

1                    L. MARTE

2          Q.     Is it correct the last time you

3     observed her she was still on Chavarria's

4     back?

5          A.     Yes.

6          Q.     You observed her on Chavarria's

7     back, you observed the male getting out of

8     the vehicle and you went to the male?

9          A.     Yes.

10          Q.     And the skinny individual

11     started kicking you in your leg?

12          A.     Yes.

13          Q.     How many times did she kick

14     you?

15          A.     I don't know how many times.

16     My leg started buckling.

17          Q.     Which leg did she kick you in?

18          A.     The right leg.

19          Q.     Did you see which leg she was

20     using to kick you?

21          A.     At this point I was holding

22     onto the male so I don't know which leg she

23     was using.

24          Q.     You just felt the kick?

25          A.     I felt the kick and I dropped

1                    L. MARTE

2    to my knees.

3         Q.    How do you know it was the

4    skinny female who was kicking you?

5         A.    Because Officer Santory and

6    Roth were dealing with the chubby female at

7    that time.

8         Q.    You assumed it was the skinnier

9    individual because they were dealing with

10   the chubby individual?

11        A.    Yes, I remember her standing

12   right by my side.

13        Q.    Where in your right leg were

14   they kicking you?

15        A.    By my knee.

16        Q.    Then you said your knee

17   buckled?

18        A.    Yes.

19        Q.    What happened then?

20        A.    I fell to the ground.

21        Q.    Then what happened?

22        A.    I turned and I grabbed the

23   female down to the ground.

24        Q.    After she kicked you in the

25   knee and you fell to the ground you were

```
 1                    L. MARTE
 2   able to grab her?
 3        A.    I turned and grabbed her.
 4        Q.    Were you on the ground when you
 5   did that?
 6        A.    Yes.
 7        Q.    What happened after you turned
 8   and grabbed her?
 9        A.    I proceeded to try to get her
10   in handcuffs.
11        Q.    Where was the male at this
12   point?
13        A.    I had to let him go and I told
14   Officer Chavarria to grab him.
15        Q.    As you were grabbing the skinny
16   female you yelled for Chavarria to grab the
17   male?
18        A.    Yes, he started to kick me in
19   my back.
20        Q.    This is while you were grabbing
21   the skinny female?
22        A.    Yes.
23        Q.    How many times did he kick you?
24        A.    I am not sure, it was a melee
25   at the time.
```

1          L. MARTE

2     car.  That's basically about it.

3          Q.    Did you assist in apprehending

4     the male at all after the initial

5     interaction you had with him?

6          A.    No, Chavarria had the male at

7     that time.

8          Q.    Did you ever physically have

9     any contact with the chubbier female?

10         A.    No.

11         Q.    Is it correct that you had only

12    contact with the male and skinny female?

13         A.    Yes.

14         Q.    You initially grabbed the male?

15         A.    Yes.

16         Q.    You turned your attention to

17    the skinnier female?

18         A.    Yes.

19         Q.    Did you use your handcuffs to

20    handcuff her?

21         A.    Yes.

22         Q.    Did you assist in handcuffing

23    anybody other than her?

24         A.    No.

25         Q.    You were able to handcuff her

1                      L. MARTE

2          A.    I would not be able to tell you

3     it was -- Like I said, it was a melee.

4          Q.    Do you believe you may have

5     thrown punches?

6          A.    Yes.

7          Q.    Are you sure you threw some

8     punches?

9          A.    I am pretty sure I had to.

10          Q.    Was that just the skinny female

11     or did you ever have to throw a punch at

12     the male?

13                MR. KURUVILLA:  Objection.

14          A.    I don't remember punching the

15     male or -- after male -- after I focused on

16     the skinny female.

17          Q.    If you had to throw any punches

18     it would have been to the skinny female?

19                MR. KURUVILLA:  Objection.  Go

20          ahead.

21          A.    Yes.

22          Q.    You believe you threw punches?

23          A.    Yes.

24          Q.    Do you know if you made contact

25     with any of your punches?

1                    L. MARTE
2          A.    I may have.
3          Q.    Do you know what part of the
4     female's body you may have made contact
5     with?
6          A.    I would not be able to tell
7     you.
8          Q.    Do you remember if you punched
9     her in the face at any point?
10         A.    I may have.
11         Q.    Did you ever kick the skinny
12    female or the male?
13         A.    No, I was on the ground.
14         Q.    Do you know if you had to
15    utilize your OC Spray or expandable baton?
16         A.    No.
17         Q.    Did you ever draw your weapon?
18         A.    No.
19         Q.    Other than punching and
20    grabbing, do you recall any other force
21    that you used?
22         A.    No.
23         Q.    Did you see Officer Roth throw
24    any punches?
25         A.    At that point I was focusing on

1                    L. MARTE

2          A.     No.

3          Q.     They were just standing there

4    when you were speaking about your injuries?

5          A.     I was talking to the sergeant,

6    yes.

7          Q.     Do you know who processed the

8    prisoners?

9          A.     To my recollection, the arrest

10   was handed over to Officer Gargir.  After

11   that I don't know if anybody else helped or

12   assisted.

13         Q.     Do you know how it was handed

14   over to Gargir, how that determination was

15   made.

16         A.     Gargir was --

17                MR. KURUVILLA:  Objection.

18         A.     Gargir was at the desk and

19   since he wasn't injured or anything like

20   that they handed it over to him.

21         Q.     Your recollection was he

22   happened to be there by the desk when you

23   came in?

24         A.     No, he was at the desk, that

25   was his assignment for the night.  He was

1                    L. MARTE
2       telephone switchboard operator.
3               Q.      He was the telephone
4       switchboard operator?
5               A.      Yes.
6               Q.      Since you and your fellow
7       officer who were involved were injured he
8       took over the arrest?
9               A.      Yes.
10              Q.      Did you speak to him, to
11      Gargir, about what happened?
12              A.      Not to my recollection.  I
13      don't remember talking to Gargir.
14              Q.      You were aware he was going to
15      be handling the arrest?
16              A.      Yes.
17              Q.      You never spoke to him about
18      what happened to you?
19              A.      I can't remember if I did or
20      not.
21              Q.      Typically if you arrested
22      somebody and you needed to go to the
23      hospital, would you tell --
24              A.      Yes.
25              Q.      -- the clerk handling the

1                      L. MARTE
2    paperwork what happened?
3         A.    Yes.
4         Q.    Do you believe you did in this
5    instance?
6         A.    I think I did.  I can't
7    remember if I did or not.
8         Q.    Would you want to ensure that
9    the people who were arrested were charged
10   with what they actually did?
11        A.    Yes.
12              MR. KURUVILLA:  Objection.
13        Q.    Your testimony is you were
14   assaulted by Ms. Pimentel?
15        A.    Yes -- no.
16        Q.    I am sorry, Ms. Polanco.
17        A.    Yes.
18        Q.    And by Mr. Alcantara?
19        A.    Yes.
20        Q.    He was also kicking you when
21   you were on the ground?
22        A.    Yes.
23        Q.    You are not sure if you told
24   anybody that?
25        A.    I don't remember if I spoke to

```
 1                    L. MARTE
 2   Gargir.  This happened a while back.  I am
 3   not sure if I had a full extent of that
 4   conversation with him.  I left shortly
 5   after and he was still -- when I got back a
 6   few hours later he was still handling the
 7   paperwork.  We briefly talked but I don't
 8   know the full extent to our conversation.
 9        Q.    You would want to be sure you
10   told him all the things that happened to
11   you?
12             MR. KURUVILLA:  Objection.
13        A.    Like I said we had a brief
14   conversation.  I told him my injuries and
15   what occurred that's about it.  I didn't go
16   into the full extent details about my
17   injuries or anything like that.  Like I
18   said, I went to the hospital.
19        Q.    Right.  You also said when you
20   got back from the hospital he was still
21   there doing the paperwork.
22        A.    He was doing paperwork so I am
23   not sure what process or how far he was
24   into the paperwork.
25        Q.    You had an opportunity to speak
```

```
 1                    L. MARTE
 2   with him?
 3        A.    Yes.
 4        Q.    And to tell him who injured you
 5   and what your injuries were.
 6        A.    Yes.
 7        Q.    You would want to be sure to do
 8   that because you were assaulted by these
 9   two individuals?
10              MR. KURUVILLA:  Objection.
11        A.    Yes.
12        Q.    You would want to be sure they
13   were charged with those crimes?
14        A.    Yes.
15        Q.    How long do you believe you
16   were at the precinct at this point before
17   you went to the hospital?
18        A.    15 minutes about.
19        Q.    Other than speaking to the
20   sergeant at the desk, do you recall doing
21   anything else while you were there for the
22   15 minutes?
23        A.    I don't remember much else.  I
24   basically went in, spoke to the sergeant,
25   called for an ambulance for some of us and
```