# Montefiore Medical Center Laboratories
Ira I. Sussman, MD – Director
111 E. 210th Street, Bronx, NY 10467

CLIA#: 33D0669651                                   Tel: 718-920-4695

Physician: SELINA S. ZAMAN           Patient: POLANCO, LAURA P
            111 EAST 210 STREET       MMC MR#: MMC-03586426
            BRONX 10467               DOB: 09/27/90   Age: 22Y Sex:  F
                                      Location: NAMB  MONTE NORTH AMB

Report Date: 10/24/12
Collected: 10/23/12 14:11                           Request#: 12-2703759

|                         | Results  |        | Ref. Ranges    |     |
|-------------------------|----------|--------|----------------|-----|
| Urinalysis              |          |        |                |     |
| Color                   | Yellow   |        | (Yellow)       | MOS |
| Appearance              | Clear    |        | (Clear)        | MOS |
| Specific Gravity        | 1.021    |        | (1.001-1.035)  | MOS |
| pH                      | 7.0      |        | (5.0-8.0)      | MOS |
| Protein                 | 30       | mg/dL  | (Negative)     | MOS |
| Glucose                 | Negative | mg/dL  | (Negative)     | MOS |
| Ketone                  | Negative | mg/dL  | (Negative)     | MOS |
| Bilirubin               | Negative |        | (Negative)     | MOS |
| Occult Blood            | Negative |        | (Negative)     | MOS |
| Urobilinogen            | 0.2      | EU     | (0.1-1.0)      | MOS |
| Nitrite                 | Negative |        | (Negative)     | MOS |
| Leukocyte Esterase      | Negative |        | (Negative)     | MOS |
| Red Blood Cells         | 2.2      | /HPF   | (0-3 /HPF)     | MOS |
| White Blood Cells       | 1.6      | /HPF   | (0-4 /HPF)     | MOS |
| Squamous Epithelial     | Few      | /LPF   | (Few     )     | MOS |
| Bacteria                | 1+       | /HPF   | (Negative)     | MOS |

Performing Labs:  MOS=Moses  EIN=Einstein  BLH=Bronx Lebanon
AML=Quest Diagnostics-Nichols Institute, PO Box 10841, Chantilly, Virginia 20153

(** Indicates CRITICAL Values)

# Montefiore Medical Center Laboratories

Ira I. Sussman, MD – Director
111 E. 210th Street, Bronx, NY 10467

CLIA#: 33D0669651                                    Tel: 718-920-4695

Physician: SELINA S. ZAMAN              Patient: POLANCO, LAURA P
           111 EAST 210 STREET          MMC MR#: MMC-03586426
           BRONX 10467                   DOB: 09/27/90   Age: 22Y Sex:  F
                                         Location: NAMB  MONTE NORTH AMB

Report Date: 10/25/12
Collected: 10/23/12 14:12                            Request#: 12-2703762

|  | Results |  | Ref. Ranges |  |
|---|---|---|---|---|
| **General Chemistry** | | | | |
| Sodium | 139 | mEq/L | (135-145) | MOS |
| Potassium | 4.1 | mEq/L | (3.5-5.0) | MOS |
| Chloride | 100 | mEq/L | (98-108) | MOS |
| Bicarbonate | 28 | mEq/L | (24-30) | MOS |
| Glucose | 81 | mg/dL | (70-115) | MOS |
| Urea Nitrogen | 14 | mg/dL | (6-20) | MOS |
| Calcium | 10.0 | mg/dL | (8.5-10.5) | MOS |
| Creatinine | 0.8 | mg/dL | (0.5-1.5) | MOS |
| GFR Calculation | > 60 | ml/min | (> 60) | MOS |

RACE UNKNOWN - Female, age 22 year(s)
If African American Female,the eGFR IDMS-Traceable is > 60 mL/min/1.73 sq.
If Non African American Female,the eGFR IDMS-Traceable is > 60 mL/min/1.73
sq.meter

| | | | | |
|---|---|---|---|---|
| Albumin | 4.8 | g/dL | (3.2-4.8) | MOS |
| Total Bilirubin | 0.3 | mg/dL | (0.2-1.2) | MOS |
| Direct Bilirubin | 0.1 | mg/dL | (0.1-0.3) | MOS |
| Alkaline Phosphatase | 60 | U/L | (42-98) | MOS |
| Aspartate Aminotransferase | 21 | U/L | (9-36) | MOS |
| Alanine Aminotransferase | 19 | U/L | (5-40) | MOS |
| Total Protein | 7.9 | g/dL | (6.0-8.5) | MOS |
| **Complete Blood Count** | | | | |
| White Blood Cell Count | 7.8 | k/uL | (4.8-10.8) | MOS |
| Red Blood Cell Count | 4.39 | MIL/uL | (4.00-5.20) | MOS |
| Hemoglobin | 12.9 | g/dL | (12.3-15.3) | MOS |
| Hematocrit | 39.5 | % | (36.0-45.0) | MOS |
| MCV | 90.0 | fL | (80.0-96.0) | MOS |
| MCH | 29.4 | pg | (27.0-33.0) | MOS |
| MCHC | 32.7 L | g/dL | (33.0-36.0) | MOS |
| RDW | 12.8 | | (12.1-16.5) | MOS |
| Platelet Count | 302.0 | k/uL | (150.0-400.0) | MOS |
| NRBC (ABS) | 0.00 | k/uL | | MOS |
| NRBC (%) | 0.0 | /100 wbc | | MOS |
| MPV | 10.2 | fL | (8.0-12.0) | MOS |
| **Auto-Differential** | | | | |
| Neutrophils | 61 | % | (40-70) | MOS |
| Lymphocytes | 30 | % | (20-50) | MOS |
| Monocytes | 8 | % | (1-8) | MOS |
| Eosinophils | 1 | % | (< 6) | MOS |
| Basophils | 0 | % | (< 3) | MOS |
| Neutrophil Count | 4.7 | k/uL | (1.8-7.7) | MOS |
| Lymphocyte Count | 2.3 | k/uL | (1.0-4.8) | MOS |
| Monocyte Count | 0.6 H | k/uL | (0.3-0.5) | MOS |
| Eosinophil Count | 0.1 | k/uL | (0.0-0.3) | MOS |
| Basophil Count | 0.04 | k/uL | (< 0.06) | MOS |
| **RBC Morphology** | | | | |

Performing Labs:  MOS=Moses  EIN=Einstein  BLH=Bronx Lebanon
AML=Quest Diagnostics-Nichols Institute, PO Box 10841, Chantilly, Virginia 20153

(** Indicates CRITICAL Values)

## Montefiore Medical Center Laboratories
### Ira I. Sussman, MD — Director
111 E. 210th Street, Bronx, NY 10467

CLIA#: 33D0669651                                    Tel: 718-920-4695

Physician: SELINA S. ZAMAN            Patient: POLANCO, LAURA P
           111 EAST 210 STREET       MMC MR#: MMC-03586426
           BRONX 10467               DOB: 09/27/90   Age: 22Y Sex:  F
                                     Location: NAMB  MONTE NORTH AMB

Report Date: 10/25/12
Collected: 10/23/12 14:12                            Request#: 12-2703762

|                        | Results |        | Ref. Ranges |      |
|------------------------|---------|--------|-------------|------|
| **Lipid Profile**      |         |        |             |      |
| Cholesterol            | 158     | mg/dL  | (122-200)   | MOS  |
| Triglyceride           | 55      | mg/dL  | (36-150)    | MOS  |
| HDL-Cholesterol        | 64 H    | mg/dL  | (40-60)     | MOS  |
| LDL-Cholesterol(Calc)  | 83      | mg/dL  | (< 130)     | MOS  |
| Cholesterol-HDL Ratio  | 2.5     |        | (< 5.0)     | MOS  |

Human Immunodeficiency Virus (HIV)
  HIV-1/2 Ab (CIA)       Negative                    (Negative) MOS

Assay performed on Siemens Medical Diagnostics instrument by
chemiluminescent immunoassay.
The performance of the assay has not been established for
populations on infants or children.

Performing Labs:  MOS=Moses  EIN=Einstein  BLH=Bronx Lebanon
AML=Quest Diagnostics-Nichols Institute, PO Box 10841, Chantilly, Virginia 20153

(** Indicates CRITICAL Values)



*EXTAPP*

POLANCO, LAURA P    FC:P
10/17/2012   1:23PM   NO
27Sep1990   22   F

MRN:     250908233
03586426     250908233

Patient Information Label

# Montefiore

## PATIENT CONSENT TO THE RELEASE OF RECORDS FOR NYS EXTERNAL APPEAL

The patient, the patient's designee, and the patient's provider have a right to an external appeal of certain adverse determinations made by health plans. In the event an external appeal is filed, a consent to the release of medical records, signed and dated by the patient, is necessary. An external appeal agent assigned by the New York State Insurance Department will use this consent to obtain medical information from the patient's health plan and health care providers. The name and address of the external appeal agent will be provided with the request for medical information.

I authorize my health plan and providers to release all relevant medical or treatment records related to the external appeal, including any HIV-related information, mental health treatment information, or alcohol / substance abuse treatment information, to the external appeal agent. I understand the external appeal agent will use this information solely to make a decision on the appeal and the information will be kept confidential and not released to anyone else. This release is valid for one year. I may revoke my consent at any time, except to the extent that action has been taken in reliance on it, by contacting the New York State Insurance Department in writing. I understand that my health plan cannot condition treatment, enrollment, eligibility, or payment on whether I sign this form. I acknowledge that the decision of the external appeal agent is binding. I agree not to commence a legal proceeding against the external appeal agent to review the agent's decision; provided, however, this shall not limit my right to bring an action against the external appeal agent for damages for bad faith or gross negligence, or to bring an action against my health plan.

_____      10/17/12
**Signature of Patient**             **Date**

(Or the patient's representative who can consent to the release of the patient's medical records. If a parent signs for a minor child, indicate the age of the child. If a guardian or executor signs, include proof of the appointment.)

**Print Name:** _Laura Polonco_____

**Patient's Health Plan ID#:** _____

# Montefiore

## FINAL ED RECORD

Patient: Polanco, Laura P
Mailing Address: 1354 Merriam Avenue

City: Bronx
State: NY       Zip: 10452
Home Ph: (347)536-1563

Acuity: 4
Mode of Arrival: Walking
Mode of Departure: Walking
Disposition: Home
Condition at Dispo: Stable
Discharged With Whom

CC / Curr Imp: Follow Up

DOB: 9/27/1990
Age: 22yr
Sex: F

Arrival Time: 10/17/2012 1:23pm
Discharge Printed: 10/17/2012 3:21pm
Time Left ED:

---

### Current Medications

| Medication | Dose | Route | Frequency | Last Dose | Entered |
|---|---|---|---|---|---|
| Motrin | | | | | 10/17/2012 1:51pm |

---

### Allergies

| Allergic Substance | Reaction | Severity |
|---|---|---|
| NKDA | | |

---

### Vital Signs

| Sys | Dia | Pulse | Resp | SAT | O2 Delivered | Temp (F) | Route | Pain Scale | Comment | Glucose | Taken at | User Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 115 | 66 | 83 | 18 | 100% | RA | 98.6 | oral | 3/10 | | | 10/17/2012 1:53pm | Peloton, Hazel RN |

RN Triage: Peloton, Hazel RN
RN Eval:

MD ED: Khan, Zareen MD
Res/PA: Montoya, Margaret, PA

---

PMD: Khan, Zareen R       PMD Ph:

Dx 1: Rib Fracture, 1 Rib, Closed

## FINAL ED RECORD

P044

**Montefiore**

Falotico, Hazel RN  Created: 10/17/2012 1:50pm  Last Entry: 1:54pm

## NURSING TRIAGE (Adult)

******* **HPI:** Pt ambulatory to triage for reevaluation of broken to L side. Was evaluated last week for same complaint states continues to have to L rib area, states increased pain when weather is cold and on movement.

******* **PMH:** (-)diabetes mellitus, (-)hypertension, (-)heart disease, (-)stroke, (-)asthma. denies

**Surgeries:** none

******* **SH:** no tobacco, no possible domestic violence, (-)social work referral, (-)information/education provided.

******* **TRIAGE DATA:**
(-)influenza vaccine, (-)pneumonia vaccine
Last Tetanus: unknown.
LMP: 9/10/12

******* **Psychosocial Assessment:**
Suicidal - no
Homicidal - no
Constant Observation - no
Have you ever tried to end your life? no
Do you feel that way now? no

******* **PHYSICAL EXAM:**
**GENERAL APPEARANCE:** (adult) - well nourished, alert, oriented X 3, no acute distress, no obvious discomfort.

******* **PREHOSPITAL CARE:** none

******* **INITIAL NURSING INTERVENTIONS:** none
Falls Risk Assessment: no risk factors identified.
Patient identity verified: with patient.

Rosemarie Ward, PCT  Created: 10/17/2012 2:54pm  Last Entry: 2:55pm

Nurse Note:
Urine Pregnancy Test - Patient Result: **negative**
Internal Control Result: ok
Manufacturer: Quidel, QuickVue One Step HCG Kit
Lot Number: 708278
Expiration Date: 2/25/2014

Montoya, Margaret, PA  Created: 10/17/2012 2:44pm  Last Entry: 7:27pm

## PHYSICIAN H&P (Medical)

(+)Nursing Notes Reviewed

******* **HPI:** Pt is a 22 y/o female here for follow up due to pain to left sided lower ribs
pain worse with deep inspiration
pt was seen here 9/27/12: had rib series xrays confirming and non displaced left 8th rib fracture
pt given motrin PO but states it doesn't help much
pt wants to know if it healed yet
(-) sob (-) wheezing (-) nausea or vomiting (-) abd pain
no other concerns

******* **ROS:** no fever, no cough, (-)SOB, (-)chest pain, (-)vomiting, in additon to the systems reviewed, all other systems reviewed are negative.

******* **PMH:** no relevant PMH.

******* **SH:** no tobacco, no alcohol, no drugs, lives with family, (-)information/education provided.

******* **PHYSICAL EXAM:**
VITAL SIGNS: 115/66, 83, 18, 98.6 (37.0) oral temp, SaO2 100% on RA.
GENERAL APPEARANCE: alert, cooperative, no obvious discomfort.
MENTAL STATUS: speech clear, oriented X 3, responds appropriately to questions.
EYES: conjunctiva clear.

**FINAL ED RECORD**

P045

# Montefiore

MOUTH: (-)decreased moisture.
THROAT: (-)injection, (-)exudates, no tonsilar inflammation, no airway obstruction.
BACK: (-)costovertebral tenderness, (+)full range of motion, no back tenderness.
HEART: normal rate, normal rhythm, normal S1, normal S2, no murmur, no rub.
LUNGS: no wheezing, no rales, no rhonchi, (-)accessory muscle use, good air exchange bilateral.
ABDOMEN: normal BS, soft, no abd tenderness, (-)guarding, no abd masses.
EXTREMITIES: no swelling\tenderness in the extremities, no edema.
SKIN: warm, dry, good color, no rash.
CHEST WALL: (-)subcutaneous emphysema, (-)paradoxical movement, no abrasions\lacerations on the chest, (-)deformity, mild
    tenderness to left sided lower ribs, no deformity (-) ecchymosis (-) swelling

**DECISION MAKING:**
Patient presents to ED with rib fracture, lungs clear on cxr during prior visit.
prior ED records reviewed.
provided with incentive spirometer and advised how to use.

Morales, Eric [HIV Education]  Created: 10/17/2012 3:12pm  Last Entry: 3:12pm

MD Note:
HIV Oral Consent Patient gave verbal consent for rapid HIV Test. The seven key points of information about HIV required by th
    Public Health Law were discussed

Montoya, Margaret, PA  Created: 10/17/2012 3:17pm  Last Entry: 3:17pm

MD Note:
ucg negative

Morales, Eric [HIV Education]  Created: 10/17/2012 3:49pm  Last Entry: 3:51pm

MD Note: Post counseling was done via phone with the patient and patient was informed of thier HIV Neg. results.

Montoya, Margaret, PA  Created: 10/17/2012 6:03pm  Last Entry: 6:03pm

Results Reviewed by ED Physician
HIV Screening Test


## Lab Results: _____

Welson Interface  Created: 10/17/2012 3:12pm  Last Entry: 3:12pm

Patient: POLANCO, LAURA P ; Date/Time: 10/17/2012 3:11pm ; 417509025
- - - - - - HIV SCREENING TEST - - - - - -
HIV SCREEN          Negative  Norm          Negative

A "Screen +" result means that the Rapid HIV Screening test
is positive. If the result is "Screen +", a confirmatory test
(EIA/Western Blot) must be ordered, and a blood specimen obtained
by the responsible associate. A "False +" result means that the
HIV Screen was positive, but the confirmatory test was negative.

Post test counseling as required by NYS law may not have occurred yet.

Assay performed by OraQuick Advance Rapid HIV1/2 antibody test
using a qualitative immunoassay. A non-reactive result does not
preclude the possibility of HIV infection. In addition, clinical
data has not been collected to demonstrate the performance of
the OraQuick Advance Rapid HIV1/2-antibody test in persons under
12 years of age.
SPECIMEN TYPE:          Saliva  Norm


## Rad Results: _____


**FINAL ED RECORD**

P046

# Montefiore

## Procedures

| Procedure | Performed By | Entered | CPT | User Name |
|---|---|---|---|---|

All Rows Are Empty!

## Supplies Used

| Supply | Used By | Quantity | Entered | Service CodeCPT | ICD-9 | User Name |
|---|---|---|---|---|---|---|

All Rows Are Empty!

## Orders

| Order | Requested | In Prog | Completed |
|---|---|---|---|
| HIV Screening Test | 10/17/2012 3:11pm | | 10/17/2012 3:42pm |

MD E-Sgntr in Wellsoft: <u>Khan, Zareen MD 10/17/2012 2:00pm</u>

RN E-Sgntr in Wellsoft: _____

Res/PA E-Sgntr in Wellsoft: <u>Montoya, Margaret, PA 10/17/2012 3:21pm</u>

**FINAL ED RECORD**

P047





PATIENT REGISTRATION FACESHEET        Medical Record #: 03586426        Label: EDNORTH
MMC MONTEFIORE NORTH DIVISION         Patient Name:     POLANCO, LAURA P.
Requested on 10/17/2012 @ 2:10p   from MNEMR14   Account Number:  250908233      Type: E
Arrival Time: 1:23pm
Triage Time: 1:23pm                   Triage Category:       · Arrival Mode:   OTHER
--------------------------------------------------------------------------------------
Chief Complaint: follow up                              Acct Create: JOHNSON, DAPHNE
Reg Date: 17OCT12                 Reg Time: 13:23        Financial Class:   P
Start Date: 17OCT12               End Date:
Account Type: EMERGENCY           Hospital Service:
Adm Src:EMERGENCY DEPARTMENT      Pvt Pt: N                          Room/Bed:
--------------------------------------------------------------------------------------
Admit Attending MD:              Pvt Attending MD:          Referring MD:
                                 NO PCP AT ALL. NO PCP A MD
--------------------------------------------------------------------------------------
PATIENT DEMOGRAPHIC INFORMATION:   MAILING ADDRESS:            EMPLOYER:
Birth Name:                        1354 MERRIAM AVENUE         Empl Status: EMPLOYED FULL-TI
D.O.B. 27Sep1990  Age: 22
Birth Place:                       BRONX NY 10452              Empl ID:
SS#:            Sex: F             County: 58
Marital Status: SINGLE            Home Phone: (347)536-1563    Occupation:
Ethnic Origin: M                  Message Ph:                  Empl: FEDERAL EXPRESS
Religion: NONE                                                 Addr: 560 W. 42ND STREET
Handicapped?                              SPOUSE/GUARDIAN INFORMATION:NEW YORK       NY 10021
Primary Lang: ENGLISH             Name:                        Phone:
Adv Dir:                          DOB:
--------------------------------------------------------------------------------------
GUARANTOR DEMOGRAPHIC INFORMATION:   MAILING ADDRESS:          EMPLOYER:
Name: POLANCO Laura                  1354 MERRIAM AVENUE       Empl Status: EMPLOYED FULL-TI
D.O.B. 27Sep1990                     BRONX NY 10452            Retirement Yr:
SS#:                                 Home Phone: (347)536-1563 Occupation:
Sex: F                                                         Empl: FEDERAL EXPRESS
Relation to Pt: PATIENT                                        Addr: 560 W. 42ND STREET
                                                                   NEW YORK NY 10021
                                                              Phone:
--------------------------------------------------------------------------------------
EMERGENCY CONTACT INFORMATION:    ALT CONTACT 1:              ALT CONTACT 2:
Name:                             POLANCO Sharline
Street/PO Box:
City/State/Zip:
Home Phone:
Message Phone:                    (914)282-0868
Relationship:                     RELATIVE (OTHER)
--------------------------------------------------------------------------------------
FIRST INSURANCE:                  SECOND INSURANCE:           THIRD INSURANCE:
Ins Name: SELF PAY                SELF PAY                    SELF PAY
Insured:
Prefix:
Policy #:
Group #:
Emp Name:
Address:

P048



**MONTEFIORE** MONTEFIORE MEDICAL CENTER NORTH
EMERGENCY DEPARTMENT
600 East 233rd Street · Bronx, NY 10466
718.920.9177

Patient: Polanco, Laura P
MRN: 03586426
Pt Accnt: 250908233

**DISPOSITION SUMMARY (for discharged patient)**

Patient: Polanco, Laura P
Mailing Address: 1354 Merriam Avenue
City: Bronx     NY     10452

Arrival Time: 10/17/2012 1:23pm
Discharge Printed: 10/17/2012 3:21pm

DOB: 9/27/1990
Home Ph: (347)536-1563
Cell/Alt Ph: _____
Disposition: Home
Condition at Dispo: Stable
Rm (last): _____

MD ED: Khan, Zareen MD
RN Eval: _____

Res/PA: Montoya, Margaret, PA

PMD: _____
MSG/Info: ucg
Chief Cmplnt: Follow Up

PMD Ph: _____

Dx 1: Rib Fracture, 1 Rib, Closed
Rx 1: Percocet Tablets (acetaminophen,oxycodone)
325mg,5mg
1 tablet by mouth every 6 hours as needed
#8(eight) tablets

**Disposition**

PMD/Clinic/SNF: Medicine Clinic, Adult
Montefiore North Ambulatory Care Center
Bronx     NY     10466
Follow-up 1 Date: or your medical doctor

F/U MD Ph: (347) 341-4300
F/U MD Fax: _____

Other Instr: Return to the Emergency Department immediately for any worsening of symptoms including
difficulty breathing, severe pain, vomiting, bleeding or weakness.

May return to work/school: 1 Day

**MY SIGNATURE BELOW INDICATES:**
> I have received and understood the oral instructions regarding my current medical problem.
> I will arrange follow-up care as instructed above.
> I acknowledge receipt of the written instructions as outlined on this and any previous page(s).
   I will read and review these instructions.
> I authorize Montefiore Medical Center, the North Division to disclose information from this Emergency Department
records about my identity, diagnosis, test results, and treatment, including psychiatric conditions, drug and
alcohol use/dependencies; or HIV or AIDS testing or status, to (check or initial all that apply).

......... the follow-up physician listed above

This consent is valid for 90 days unless revoked in writing by me.

X....................................................    X....................................................
Patient (or Legal Guardian) Signature _____    Signature Staff (MD/RN/PA) Signature

P049

# Montefiore

The University Hospital for the
Albert Einstein College of Medicine



PTACTD

MRN: 03586426
Acct #: 250908233 (E/Q)
PT Name: **POLANCO, Laura**
Admitting MD:
NS Room/Bed:
Service:
Admit Date: 17Oct12 13:23
Disch Date: 17Oct12 15:21

## PATIENT ACTIVITY DETAIL REPORT (24HR)

Age: 22  DOB: 27Sep1990                                      Isolation:
Height (cm):  0  Weight (kg):   0
DX:
Allergies:  <Please Record Allergy Status>

Page 1 of 1

| TIME DONE | DESCRIPTION / TEXT | IV | RATE | SITE | RESULT-TXT | RESULT-AMT | CHARTED | D/T BY |
|-----------|--------------------|----|----|----|----|----|----|----|

NO CHARTED ACTIONS FOUND DURING TIME PERIOD
(( end of *** PATIENT ACTIVITY DETAIL REPORT (24HR)  *** ))

Signatures:                                      [any bracketed line shows older data that has been revised]

Reviewed: _____

Chart Copy

P050



Polanco, Laura P
WR# 03586426
NO/ED
P.A. M Satoya

# Montefiore

## LABORATORY RESULTS

*Name of ordering
physician must be provided: _____

| | Test | Reference Ranges | Results | |
|---|---|---|---|---|
| 1 | Whole Blood Glucose | 55-117 mg/dL (3D-6M) - 70-115 mg/dL (6M-128 Y) | mg/dL | |
| 2 | Hemoglobin | 12.3-15.3 g/dL Female 14-17.4 g/dL Male | g/dL | |
| 3 | Rapid Strep A | ☐ Internal Controls Acceptable | Negative | Positive |
| 4 | Hemoccult | ☐ Internal Controls Acceptable | Negative X Number of cards ☐1 ☐2 ☐3 | Positive X Number of cards ☐1 ☐2 ☐3 |
| 5 | Urine Pregnancy | ☑ Internal Controls Acceptable | Negative | Positive |
| 6 | INR | 0.9 - 1.2 | | |

| 7 | HbA1c Results (Affix label Here) | Reference Range HbA1c 4.7 - 6.4% | Urinalysis* (Affix label Here) | Reference Range |
|---|---|---|---|---|
| | | | | Glucose Negative |
| | | | | Bilirubin Negative |
| | | | | Ketone Negative |
| | | | | Specific Gravity 1.001-1.035 |
| | | | | Blood Negative |
| | | | | pH 5.0-8.0 |
| | | | | Protein Negative |
| | | | | Urobilinogen 0.1-1.0 |
| | | | | Nitrate Negative |
| | | | | Leukocytes Negative |

Name (Print) Credentials Party Performing Test        Signature Party Performing Test        Date/Time

10/17/12
2:53P



**Montefiore**

The University Hospital for the
Albert Einstein College of Medicine

DOSUM

MRN: 03586426
Acct #: 250908233 (E)
PT Name: POLANCO, Laura P.
Attending MD:
NS Room/Bed:
Service:
Admit Date: 17-Oct-2012
Disch Date: 17-Oct-2012

## Discharge Order Summary

Age:  22  DOB: 27-Sep-1990 Sex:F Dept:ED      INTERP: EN
HT:     ft     in   WT:     lbs               Isolation:
CC:                                           Disability:
DX:
Reason:
Allergies:   <Please Record Allergy Status>;

| Orders | Order Mode | Status | Signed By |
|--------|-----------|--------|-----------|
| HIV Screening Test, once | | | Current Status: Comp/IE |
| Specimen Type: Saliva; | | | |
| New/NW(17-Oct-2012 1511 - H) | | | |
| Ordered By: MORALES,ERIC | (Protocol) | | Signed By: MORALES,ERIC |

**\*\* END OF REPORT \*\***

P052

# Montefiore

The University Hospital for the
Albert Einstein College of Medicine



HARP

MRN: 03586426
Acct #: 250908233 (E/Q)
PT Name: POLANCO, Laura P.
Admitting MD:
NS Room/Bed:
Service:
Admit Date: 17-Oct-2012
Disch Date: 17-Oct-2012

## DISCHARGE MEDICATION ADMINISTRATION PROFILE

AGE:  22  DOB: 27-Sep-1990  SEX: F
HGT (CM):    .00 WGT (KG):   .00
CC:
DX:

INTERP: EN
ISOLATION:
ADA DISABIL:
REASON:

Page 1 of 1

<Please Record Allergy Status>                    <Please Record Allergy Status>

-- NO PHARMACY ORDERS PRESENT for Patient --

*** END OF REPORT : CHT9038H ***

## Montefiore Medical Centers Laboratories-Wakefield Hospital
### Lucia Wolgast, M.D. - Director
600 East 233rd Street, Bronx N.Y. 10466

CLIA#: 33D0712594                                    Tel: 718-920-9870

Physician: MD UNSPEC UNSPECIFIED          Patient:  POLANCO, LAURA P
                                          MMC MR#:  MMC-03586426
                                          DOB: 09/27/90    Age: 22Y Sex:  F
                                          Location: NOED   MONTE NORTH ED

Report Date: 10/18/12
Collected: 10/17/12 15:11                            Request#: 12-2652439

                          Results            Ref. Ranges

---

|  | | | | |
|---|---|---|---|---|
| Specimen Type | Saliva | | | NOR |
| HIV Screen | Negative | | Negative | NOR |

A "Screen +" result means that the Rapid HIV Screening test
is positive. If the result is "Screen +", a confirmatory test
(EIA/Western Blot) must be ordered, and a blood specimen obtained
by the responsible associate. A "False +" result means that the
HIV Screen was positive, but the confirmatory test was negative.

Post test counseling as required by NYS law may not have occurred yet.

Assay performed by OraQuick Advance Rapid HIV1/2 antibody test
using a qualitative immunoassay. A non-reactive result does not
preclude the possibility of HIV infection. In addition, clinical
data has not been collected to demonstrate the performance of
the OraQuick Advance Rapid HIV1/2-antibody test in persons under
12 years of age.

---

Performing Labs: MOS=Moses  EIN=Einstein  BLH=Bronx-Lebanon
AML=Quest Diagnostics-Nichols Institute, PO Box 10841, Chantilly, Virginia 20153

(** Indicates CRITICAL Values)

# Montefiore

## FINAL ED RECORD

Patient: Polanco, Laura P
Mailing Address: 1354 Merriam Avenue

City: Bronx
State: NY     Zip: 10452
Home Ph: (347)536-1563

DOB: 9/27/1990
Age: 22yr
Sex: F

Acuity: 4
Mode of Arrival: Walking
Mode of Departure: Car
Disposition: Home
Condition at Dispo: Improved
Discharged With Whom

Arrival Time: 9/27/2012 11:33am
Discharge Printed: 9/27/2012 3:02pm
Time Left ED:

CC / Curr Imp: Assault, Assult

### Current Medications

| Medication | Dose | Route | Frequency | Last Dose | Entered |
|---|---|---|---|---|---|
| none | N/A | | | | 9/27/2012 11:43am |

### Allergies

| Allergic Substance | Reaction | Severity |
|---|---|---|
| NKDA | | |

### Vital Signs

| Sys | Dia | Pulse | Resp | SAT | O2 Delivered | Temp (F) | Route | Pain Scale | Comment | Glucose | Taken at | User Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 146 | 68 | 75 | 16 | 100% | RA | 99.1 | oral | 0/10 | | | 9/27/2012 11:44am | Fisher, Juliette RN |

RN Triage: Fisher, Juliette RN
RN Eval:

MD ED: Siegal, Jonathan MD
Res/PA: Nakamura, Shashi PA

PMD: Not On Staff     PMD Ph:

Dx 1: Rib Fracture, Closed (Unspecified)

**FINAL ED RECORD**

P055

# Montefiore

Dx 2: Concussion (Unspecified)

Fisher, Juliette RN  Created: 9/27/2012 11:41am  Last Entry: 11:43am

## NURSING TRIAGE (Adult)

**HPI:**
Assault - Occured 3days ago, struck multiple time(s) with fist (closed) to the right side face right side of body.States assaulted by police. (-)LOC, ( )neck pain.

**PMH:** No relevant PMH, (-)diabetes mellitus, (-)hypertension, (-)heart disease, (-)stroke, (-)asthma.

**Surgeries:** None

**SH:** smokes, no possible domestic violence, (-)social work referral, (-)information/education provided.

**TRIAGE DATA:**
(?)influenza vaccine, (-)pneumonia vaccine
Last Tetanus: unknown.
LMP: 9/10/2012

**Psychosocial Assessment:**
Suicidal - no
Homicidal - no
Constant Observation - no
Have you ever tried to end your life? no
Do you feel that way now? no

**PHYSICAL EXAM:**
**GENERAL APPEARANCE:** (adult) - well nourished, alert, oriented X 3, no acute distress, no obvious discomfort, (adult) - well nourished, alert, oriented X 3, no acute distress, no obvious discomfort.

**PREHOSPITAL CARE:** None

**INITIAL NURSING INTERVENTIONS:** None
Falls Risk Assessment: no risk factors identified.
Patient identity verified: with patient.

Schweber, Adina, PCT  Created: 9/27/2012 1:44pm  Last Entry: 1:44pm

Nurse Note:
Urine Pregnancy Test - Patient Result: negative
Internal Control Result: ok
Manufacturer: Quidel, QuickVue One Step HCG Kit
Lot Number: 708278
Expiration Date: 2/25/2014

Daniel Gerundo  Created: 9/27/2012 2:43pm  Last Entry: 2:44pm

Nurse Note:
Medication Given - 9/27/2012 2:44pm Toradol 60mg IM

Nakamura, Shashi PA  Created: 9/27/2012 1:17pm  Last Entry: 7:39pm

## PHYSICIAN H&P (Medical)

(+)Nursing Notes Reviewed

**HPI:** Assault - Occured 3days ago, struck multiple time(s) with fist (closed) to the body area.States assaulted by unknown individual. (+)LOC, (+)neck pain.
Complains of intermittent diffuse headache 6/10 severity, non-radiating. Took tylenol that didn"t relieve her symptoms. Also complains of a LUQ rib pain on inspiration. and point tenderess of left ribs, dneies LOC, nausea vomiting, blurry vision, pt was initially seen at lincoln hospital and CT was negative
nothing worsens Sx. Denies nausea, vomiting, fever, chills.
nothing improves Sx.
no prior hx of similar problem.

**ROS:** no fever, no cough, (-)SOB, (-)chest pain, (-)nausea, (-)vomiting, in additon to the systems reviewed, all other systems reviewed are negative.

**FINAL ED RECORD**

# Montefiore

**PREHOSPITAL CARE:** none.
**PMH:** (-)asthma, (-)CVA, (-)DM, (-)HTN, (-)CAD, (-)MI, (-)ulcer disease.
**Surgeries:** none
**SH:** smokes, drinks only on weekends, no drugs, lives with family, (-)information/education provided.
**PHYSICAL EXAM:**
VITAL SIGNS: hypertensive.
GENERAL APPEARANCE: well nourished, alert, cooperative, no obvious discomfort.
MENTAL STATUS: speech clear, oriented X 3, normal affect, responds appropriately to questions.
NEURO: motor intact, sensory intact, cerebellar function intact, reflexes intact, motor intact, sensory intact.
EYES: PERRLA, EOMI, conjunctiva clear.
MOUTH: (-)decreased moisture.
NECK: supple, mild pain left lateral. No midline tenderness
BACK: mild tenderness in scratched areas
HEART: normal rate, normal rhythm, normal S1, normal S2, no murmur, no rub.
LUNGS: no wheezing, no rales, no rhonchi, (-)accessory muscle use, good air exchange bilateral.
ABDOMEN: normal BS, soft, no abd tenderness, (-)guarding, (-)rebound, no organomegaly, no abd masses.
SKIN: warm, dry, good color, no rash, slight bruising on frontal area of the head
HEAD: mild tenderness on the head.
EARS: canals clear bilat, TMs clear, no discharge from ears.
CHEST WALL: mild tenderness on the chest, palpation reproduces pain alnong left ribs
**DECISION MAKING:**
Patient presents to ED with chief complaint and will have PREGNANCY, RIB X-RAY ordered to work-up and evaluate patient.
Additional plan for the patient includes: none

Nakamura, Shashi PA  Created: 9/27/2012 2:37pm  Last Entry: 2:37pm
MD Note: pt back from xray, toradol ordered

Ella, Melissa PA  Created: 9/27/2012 2:50pm  Last Entry: 2:50pm
Results Reviewed by ED Physician
RIBS, UNILAT WITH AP CHEST

Nakamura, Shashi PA  Created: 9/27/2012 3:06pm  Last Entry: 3:06pm
MD Note: pt feeling better
Patient received written and verbal instructions regarding this condition, including the following: type in
f/u medicine
rx motrin
isntructed to return if symptoms worsen


        Lab Results: _____
        Rad Results: _____

Wellsoft Interface  Created: 9/27/2012 2:46pm  Last Entry: 2:46pm
Patient: POLANCO, Laura P ; Date/Time: 9/27/2012 2:26pm ; 414625498
- - - - - Ribs - Unilat - Inc AP Chest (PRELIMINARY RESULTS) - - - - - -
^
Laura P POLANCO, Acc: 13379598; MRN: 03586426, DOD: 9/27/2012 2:39 ^
PM.^
^
EXAMINATION: Ribs - Unilat - Inc AP Chest^
^
IMPRESSION:^
Nondisplaced fracture of the anterior lateral left eighth rib.^
^
CLINICAL INDICATION: rib pain ^
Left ribs ::assault assult^
^
INTERPRETATION:^
^

**FINAL ED RECORD**

P057

# Montefiore

Date/Time of Examination:9/27/2012 2:26 PM^
Comparison: None available^
^
Findings:^
Four radiographs, including a single AP radiograph of the chest, of a ^
left-sided rib series demonstrate nondisplaced fracture of the left ^
anterior lateral eighth rib. This is best seen on the oblique ^
radiographs. The lungs are clear. The costophrenic sulci are sharp. ^
There is no pneumothorax. The cardiomediastinal contours are ^
unremarkable.^
NOTE: Additional Information is Available in the Sections Below.

Wellsoft Interface  Created: 9/27/2012 2:45pm  Last Entry: 2:45pm

Patient: POLANCO, Laura P ; Date/Time: 9/27/2012 2:26pm ; 414625498
- - - - - - Ribs - Unilat - Inc AP Chest - - - - - -
^
Laura P POLANCO, Acc: 13379598; MRN: 03586426, DOD: 9/27/2012 2:39 ^
PM.^
^
EXAMINATION: Ribs - Unilat - Inc AP Chest^
^
IMPRESSION:^
Nondisplaced fracture of the anterior lateral left eighth rib.^
^
CLINICAL INDICATION: rib pain ^
Left ribs ::assault assult^
^
INTERPRETATION:^
^
Date/Time of Examination:9/27/2012 2:26 PM^
Comparison: None available^
^
Findings:^
Four radiographs, including a single AP radiograph of the chest, of a ^
left-sided rib series demonstrate nondisplaced fracture of the left ^
anterior lateral eighth rib. This is best seen on the oblique ^
radiographs. The lungs are clear. The costophrenic sulci are sharp. ^
There is no pneumothorax. The cardiomediastinal contours are ^
unremarkable.^

| | | Procedures | | |
|---|---|---|---|---|
| Procedure | Performed By | Entered | CPT | User Name |
| All Rows Are Empty! | | | | |

| | | | Supplies Used | | | | |
|---|---|---|---|---|---|---|---|
| Supply | Used By | Quantity | Entered | Service Code/CPT | ICD-9 | User Name |
| All Rows Are Empty! | | | | | | |

**FINAL ED RECORD**

P058

**Montefiore**

## Orders

| Order | Requested | In Prog | Completed |
|---|---|---|---|
| RIBS, UNILAT WITH AP CHEST | 9/27/2012 1:43pm | 9/27/2012 1:56pm | 9/27/2012 2:46pm |

MD E-Sgntr in Wellsoft: <u>Siegal, Jonathan MD 9/27/2012 1:48pm</u>

RN E-Sgntr in Wellsoft:

Res/PA E-Sgntr in Wellsoft: <u>Nakamura, Shashi PA 9/27/2012 3:02pm</u>

**FINAL ED RECORD**

P059




PATIENT REGISTRATION FACESHEET          Medical Record #: 03586426                Label: EDNORTH
MMC MONTEFIORE NORTH DIVISION            Patient Name:    POLANCO, LAURA P.
Requested on 09/27/2012 @ 12:00    from MNEMR23    Account Number:  249959644         Type: E
Arrival Time: 11:33am
Triage Time:11:33am                      Triage Category:              Arrival Mode:   WALK
---------------------------------------------------------------------------------------------
Chief Complaint: assault assult                              Acct Create: VILA, JOANNE
Reg Date: 27SEP12                Reg Time: 11:33             Financial Class:    P
Start Date: 27SEP12              End Date:
Account Type: EMERGENCY          Hospital Service:
Adm Src:EMERGENCY DEPARTMENT     Pvt Pt: N                         Room/Bed:
---------------------------------------------------------------------------------------------
Admit Attending MD:             Pvt Attending MD:             Referring MD:
                                NO PCP AT ALL, NO PCP A MD
---------------------------------------------------------------------------------------------
PATIENT DEMOGRAPHIC INFORMATION:     MAILING ADDRESS:              EMPLOYER:
Birth Name:                          1354 MERRIAM AVENUE          Empl Status: EMPLOYED FULL-TI
D.O.B. 27Sep1990  Age: 22
Birth Place:                         BRONX NY 10452              Empl ID:
SS#:            Sex: F               County: 58
Marital Status: SINGLE               Home Phone: (347)536-1563    Occupation:
Ethnic Origin: M                     Message Ph:                  Empl: Federal Express
Religion: NONE                                                    Addr: 560 W. 42nd Street
Handicapped?                              SPOUSE/GUARDIAN INFORMATION:New York        NY 10021
Primary Lang: ENGLISH                Name:                        Phone:
Adv Dir:                             DOB:
---------------------------------------------------------------------------------------------
GUARANTOR DEMOGRAPHIC INFORMATION:   MAILING ADDRESS:             EMPLOYER:
Name: POLANCO Laura                  1354 MERRIAM AVENUE          Empl Status: EMPLOYED FULL-TI
D.O.B.  27Sep1990                    BRONX NY 10452              Retirement Yr:
SS#:                                 Home Phone: (347)536-1563    Occupation:
Sex: F                                                            Empl: Federal Express
Relation to Pt: PATIENT                                           Addr: 560 W. 42nd Street
                                                                      New York NY 10021
                                                                 Phone:
---------------------------------------------------------------------------------------------
EMERGENCY CONTACT INFORMATION:       ALT CONTACT 1:               ALT CONTACT 2:
Name:                                POLANCO Sharline
Street/PO Box:
City/State/Zip:
Home Phone:
Message Phone:                       (914)282-0868
Relationship:                        RELATIVE (OTHER)
---------------------------------------------------------------------------------------------
FIRST INSURANCE:                     SECOND INSURANCE:            THIRD INSURANCE:
Ins Name: SELF PAY                   SELF PAY                     SELF PAY
Insured:
Prefix:
Policy #:
Group #:
Emp Name:
Address:

P060

**MONTEFIORE MEDICAL CENTER NORTH**
MONTEFIORE **EMERGENCY DEPARTMENT**
600 East 233rd Street · Bronx, NY 10466
718.920.9177

Patient: **Polanco, Laura P**
MRN: **03586426**
Pt Accnt: **249959644**

## ISPOSITION SUMMARY (for discharged patient)

Patient: <u>Polanco, Laura P</u>
Mailing Address: <u>1354 Merriam Avenue</u>
City: <u>Bronx</u>    <u>NY</u>    <u>10452</u>

Arrival Time: <u>9/27/2012 11:33am</u>
Discharge Printed: <u>9/27/2012 3:02pm</u>

DOB: <u>9/27/1990</u>
Home Ph: <u>(347)536-1563</u>
Cell/Alt Ph: _____
Disposition: <u>Home</u>
Condition at Dispo: <u>Improved</u>
Rm (last): _____

MD ED: <u>Siegal, Jonathan MD</u>
RN Eval: _____

Res/PA: <u>Nakamura, Shashi PA</u>

PMD: <u>Not On Staff</u>
Chief Cmplnt: <u>Assault</u>

PMD Ph: _____

Dx 1: <u>Rib Fracture, Closed (Unspecified)</u>
Dx 2: <u>Concussion (Unspecified)</u>
Rx 1: <u>Motrin Tablets (ibuprofen)</u>
     <u>600mg</u>
     <u>1 tablet by mouth every 8 hours as needed,with food</u>
     <u>#30 tablets</u>

**Disposition**

PMD/Clinic/SNF: <u>Medicine Clinic, Adult</u>
<u>Montefiore North Ambulatory Care Center</u>
<u>Bronx</u>    <u>NY</u>    <u>10466</u>
Follow-up 1 Date: _____

F/U MD Ph: <u>(347) 341-4300</u>
F/U MD Fax: _____

Other Instr: <u>Return to the Emergency Department immediately for any worsening of symptoms including</u>
<u>difficulty breathing, severe pain, vomiting, bleeding or weakness.</u>
May return to work/school: <u>1-2 Days</u>

## MY SIGNATURE BELOW INDICATES:

> I have received and understood the oral instructions regarding my current medical problem.
> I will arrange follow-up care as instructed above.
> I acknowledge receipt of the written instructions as outlined on this and any previous page(s).
   I will read and review these instructions.
> I authorize Montefiore Medical Center, the North Division to disclose information from this Emergency Department
   records about my identity, diagnosis, test results, and treatment, including psychiatric conditions, drug and
   alcohol use/dependencies; or HIV or AIDS testing or status, to (check or initial all that apply).

......... the follow-up physician listed above

This consent is valid for 90 days unless revoked in writing by me.

X....................      X..................
_Patient (or Legal Guardian) Signature_ _____ _Signature Staff (MD/RN/PA) Signature_

P061



MRN: 03586426
Acct #: 249959644 (E/X)
PT Name: POLANCO, Laura
Admitting MD:
NS Room/Bed:
Service:
Admit Date: 27Sep12 11:33
Disch Date: 27Sep12 15:02

**Montefiore**

The University Hospital for the
Albert Einstein College of Medicine

PTACTD

## PATIENT ACTIVITY DETAIL REPORT (24HR)

Age:  22  DOB: 27Sep1990              Isolation:
Height (cm):  0  Weight (kg):  0
DX:
Allergies:  <Please Record Allergy Status>

Page 1 of 1

| TIME DONE | DESCRIPTION / TEXT | | IV | RATE | SITE | RESULT-TXT | RESULT-AMT | CHARTED D/T BY |
|---|---|---|---|---|---|---|---|---|

NO CHARTED ACTIONS FOUND DURING TIME PERIOD

(( end of *** PATIENT ACTIVITY DETAIL REPORT (24HR) *** ))

Signatures:                                 [any bracketed line shows older data that has been revised]

Reviewed: _____

Chart Copy

**Montefiore - North Division**
600 East 233rd Street
Bronx, NY 10466
Department of Radiology

DOS: 09/27/2012    ACC # 13379598-F   MR # 03586426   Visit # 249959644
Dictated: 9/27/2012    2:45:00PM      Patient POLANCO, Laura P
Location: ER                          DOB 9/27/1990

Requested By:  SIEGAL, JONATHAN H, MD
Radiologist:  LEE, TONY T MD

EXAM:  Ribs - Unilat - Inc AP Chest

Laura P POLANCO, Acc: 13379598; MRN: 03586426, DOD: 9/27/2012 2:39 PM.

EXAMINATION: Ribs - Unilat - Inc AP Chest

IMPRESSION:
Nondisplaced fracture of the anterior lateral left eighth rib.

CLINICAL INDICATION: rib pain Left ribs ::assault assult

INTERPRETATION:

Date/Time of Examination:9/27/2012 2:26 PM
Comparison: None available

Findings:
Four radiographs, including a single AP radiograph of the chest, of a
left-sided rib series demonstrate nondisplaced fracture of the left
anterior lateral eighth rib. This is best seen on the oblique
radiographs. The lungs are clear. The costophrenic sulci are sharp.
There is no pneumothorax. The cardiomediastinal contours are
unremarkable.

          Approved By:  LEE,TONY      On:   9/27/2012   2:45:54PM

JONATHAN SIEGAL H, MD              Confidential Patient Information
600 EAST 233RD STREET
BRONX, NY 10466
                              DIAG              Page 1 of 1

P063



*POCRS*

*POLANCO, LAURA P*
*09/27/2012 11:33AM    FC:P*
*27Sep1990  22   F*

*Dr P*

MRN    249959644
03586426      249959644

# Montefiore

## LABORATORY RESULTS

*Name of ordering physician must be provided:* Dr Siegal, Jonathan MD

Patient Information/Label

| | Test | Reference Ranges | Results | |
|---|---|---|---|---|
| 1 | Whole Blood Glucose | 55-117 mg/dL (3D-6M) - 70-115 mg/dL (6M-128 Y) | mg/dL | |
| 2 | Hemoglobin | 12.3-15.3 g/dL Female 14-17.4 g/dL Male | g/dL | |
| 3 | Rapid Strep A | ☐ Internal Controls Acceptable | Negative | Positive |
| 4 | Hemoccult | ☐ Internal Controls Acceptable | Negative X Number of cards ☐1 ☐2 ☐3 | Positive X Number of cards ☐1 ☐2 ☐3 |
| 5 | Urine Pregnancy | ☒ Internal Controls Acceptable | Negative | Positive |
| 6 | INR | 0.9 - 1.2 | | |

| 7 | HbA1c Results (Affix label Here) | Reference Range HbA1c 4.7 - 6.4% | Urinalysis* (Affix label Here) | Reference Range |
|---|---|---|---|---|
| | | | | Glucose Negative |
| | | | | Bilirubin Negative |
| | | | | Ketone Negative |
| | | | | Specific Gravity 1.001-1.035 |
| | | | | Blood Negative |
| | | | | pH 5.0-8.0 |
| | | | | Protein Negative |
| | | | | Urobilinogen 0.1-1.0 |
| | | | | Nitrate Negative |
| | | | | Leukocytes Negative |

Adam Schworer
Name (Print) Credentials Party Performing Test

Adam Schworer
Signature Party Performing Test

9/27/12 1:42
Date/Time

MMC-81110ME (03/12)

P064



P13

MONTEFIORE
**North Division**

**Emergency Department**

POLANCO, LAURA P
Na      09/27/2012 11:33AM      FC:P
MF      27Sep1990    22    F
DC      MRN:    249959644
03586426      249959644

| Allergic / Sensitive To: | NKDA | Weight: |
|---|---|---|

## INITIAL ORDERS

| **Interventions** | |
|---|---|
| IV Fluids | ☐ Saline Lock   ☐ IV Fluid_____ Volume_____ml   ☐ Rate_____ml/hr   ☐ Bolus |
| Oxygen Therapy | ☐ Nasal Canula O₂ @_____LPM              ☐ FM O₂ @_____LPM. |
| Monitoring/ EKG | ☐ Cardiac Monitoring      ☐ 12-Lead EKG      ☐ Pulse Oximetry      ☐ Finger Stick |
| Foley / Urine | ☐ Foley Cath to Bedside Drainage   ☐ Straight Cath   ☐ Monitor I & O   ☐ UA   ☐ UCG |
| Diet | ☐ NPO      ☐ Full Diet      ☐ Other |
| Labs | ☐ Admission   ☐ Cardiac   ☐ GI   ☐ Sepsis   ☐ OB   ☐ Tox   │   ☐ Rapid Strep |

| **Medications** | |
|---|---|
| Analgesia / Antipyretic | ☐ Acetaminophen_____mg____   ☐ Ibuprofen_____mg____   ☐ Ketorolac_____mg____ |
| | ☐ Oxycodone/Acetaminophen 5mg/325mg_____tabs PO   ☐ Morphine_____mg____ |
| Trauma | ☐ Tetanus Diptheria (Td) Toxoid 0.5 mL IM |
| Gastrointestinal | ☐ Metoclopramide_____mg____   ☐ Ondansetron_____mg IV |
| | ☐ Mag-Al Liquid 30 mℓ PO   ☐ Famotidine_____mg____   ☐ Pantoprazole_____mg____ |
| Cardiac | ☐ Aspirin_____mg PO   ☐ Lopressor_____mg____   ☐ Nitroglycerin 0.4 mg SL |
| | ☐ Nitroglycerin paste_____inch topical   ☐Nitroglycerin_____mcg/h IV |
| Sedation | ☐ Lorazepam_____mg____      ☐ Haloperidol_____mg____ |
| Asthma / Allergy | ☐ Albuterol Neb 0.083%, 3mL dose   ☐ Ipratropium Bromide Neb 0.02%, 2.5mL dose |
| | ☐ Diphenhydramine_____mg____   ☐ Prednisone_____mg PO   ☐ Solumedrol_____mg IV |
| MD Signature_____ Date_____ Time_____ | RN Signature:_____ Time_____ |

## ADDITIONAL ORDERS

| Physician | | | Medication or Intervention | Nursing | |
|---|---|---|---|---|---|
| Signature | Date | Time | | Signature | Time |
| ⟨sig⟩ | 9/26/12 | 150p | Toradol 60mg IM | ⟨sig⟩ | 2³⁸p |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Shashi Kavia Nakamura, RPA-C
NYS Lic. #010527-1
DEA #_____

Page _____ of _____



**Montefiore**

The University Hospital for the
Albert Einstein College of Medicine

DOSUM

MRN: 03586426
Acct #: 249959644 (E)
PT Name: **POLANCO, Laura P.**
Attending MD:
NS Room/Bed:
Service:
Admit Date: 27-Sep-2012
Disch Date: 27-Sep-2012

## Discharge Order Summary

Age:  22  DOB: 27-Sep-1990 Sex:F Dept:ED        INTERP: EN
HT:      ft    in  WT:     lbs                   Isolation:
CC:                                              Disability:
DX:
Reason:
Allergies:  <Please Record Allergy Status>;

| Orders | Order Mode | Status | Signed By |
|--------|-----------|--------|-----------|
| RIBS, UNILAT WITH AP CHEST, 1, once | | | Current Status: Comp/IE |
| Pain Site: rib pain; Clinical Info:; Clinical Info:; | | | |
| New/NW(27-Sep-2012 1344 - H) | | | |
| Ordered By: SAUNDERS,TATIANA PA | (Electronic ) | | Signed By: SAUNDERS,TATIANA PA |

** END OF REPORT **

P066



**Montefiore**

The University Hospital for the
Albert Einstein College of Medicine

HARP

MRN: 03586426
Acct #: 249959644 (E/X)
PT Name: **POLANCO, Laura P.**
Admitting MD:
NS Room/Bed:
Service:
Admit Date: 27-Sep-2012
Disch Date: 27-Sep-2012

## DISCHARGE MEDICATION ADMINISTRATION PROFILE

AGE:  22  DOB: 27-Sep-1990  SEX: F
HGT (CM):    .00 WGT (KG):   .00
CC:
DX:

INTERP: EN
ISOLATION:
ADA DISABIL:
REASON:

Page 1 of 1

<Please Record Allergy Status>          <Please Record Allergy Status>

-- NO PHARMACY ORDERS PRESENT for Patient --

*** END OF REPORT : CHT9038H ***

# Montefiore

**Montefiore**
111 210th Street Bronx, NY 10467
7189206266 Fax: 000-000-1234

*March 20, 2014*
Page 1
Chart Document

**Laura P POLANCO**
Female  DOB:09/27/1990                              MRN:03586426                              Home: (347)536-1563

**10/31/2012 - Office Visit: Internal Medicine visit**
**Provider: Hosneara Jinnat, MD**
**Location of Care: Wakefield Ambulatory Care Center**

**Visit Type:** Follow-up Visit
**Primary Provider:** Dr. Jinnat

**CC:** Pain on the left side of the chest.

**History of Present Illness:**
22 year old female with no significant past medical history came to the clinic, complaining of the pain on the left side of the chest and also for the follow up of the lab results. She saying  pain  is better when she takes the pain medication and the pain is increases when she takes deep breath. she had a fracture of rib on the left side. Denies cough, fever, chills, shortness of breath. Denies any other complains.


## Preventative Care


**All active prescriptions have been evaluated and reviewed with the patient.**

**Orders Created Today**
99212  Ofc Vst, Est Level II  [CPT-99212]
Psychiatry [ ]
Gynecology [ ]


## Past Medical History:
   Reviewed history from 10/22/2012 and no changes required:
      none

## Past Surgical History:
   Reviewed history from 10/22/2012 and no changes required:
      none


## Family History:
   Reviewed history from 10/22/2012 and no changes required:
      Father had colon cancer at the age of 74.

## Social History:
   Reviewed history from 10/22/2012 and no changes required:
      Lives alone.
      Works in Fedex office.
      Smokes cigarettes

P068

# Montefiore

**Montefiore**
111 210th Street  Bronx, NY 10467
7189206266 Fax: 000-000-1234

*March 20, 2014*
Page 2
Chart Document

**Laura P POLANCO**                                           Home: (347)536-1563
Female  DOB:09/27/1990                    MRN:03586426

No alcohol use
No drugs

**Medication Reconciliation Done**

**Current Allergies (reviewed today):**
No known allergies

## Risk Factors:

Tobacco use:  Current: smokes every day
  Cigarettes:  yes -- 1-2 pack(s) per day
**Last HIV Testing Done:** 10/23/2012
HIV testing refused

## Fall screening:
**Have you fallen in the last 3 month? no**

## Weight Screening
**Any unexplained weight LOSS in the last 3 months? yes**
**Any unexplained weight GAIN in the last 3 months? no**

## Abuse screening:
**Is there a person in your life who is hurting, threatening or frightening you? no**

## PHQ-2 Depression screening

Over the past two weeks, how often have you been bothered by any of the following problems?
   1.Little interest or pleasure in doing things:  1
   2.Feeling down, depressed , or hopeless:  2
**Total point score: 3**

## PHQ-9 Depression screening
Over the past two weeks, how often have you been bothered by any of the following problems?
   1.Little interest or pleasure in doing things:  1
   2.Feeling down, depressed , or hopeless:  2
   3.Trouble falling asleep or staying asleep, or sleeping too much:  1
   4.Feeling tired or having little energy:  0
   5.Poor appetite or overeating:  0
   6.Feeling bad about yourself or that you are a failure or   have let yourself or your family down:  0
   7.Trouble concentrating on things such as reading the newspaper or watching television:  0
   8.Moving or speaking so slowly that other people have noticed. Or the opposite-being so fidgety or restless that you have been     moving around a lot more than usual:  0
   9.Thoughts that you would be better off dead or of hurting yourself in some way:  0
**Total point score: 4**

# Montefiore

**Montefiore**
111 210th Street  Bronx, NY 10467
7189206266  Fax: 000-000-1234

*March 20, 2014*
Page 3
Chart Document

**Laura P POLANCO**                                                    Home: (347)536-1563
Female  DOB:09/27/1990                          MRN:03586426

## Review of Systems

**General**
  **Complains of weight loss.**
  Denies fever, chills, and fatigue.

**Eyes**
  Denies blurring, diplopia, vision loss, and eye pain.

**ENT**
  Denies earache and ear discharge.

**CV**
  Denies chest pains, palpitations, and dyspnea on exertion.

**Resp**
  Denies dyspnea at rest, cough, and wheezing.

**GI**
  Denies nausea, vomiting, diarrhea, and constipation.

**GU**
  Denies urinary burning, blood in urine, and urinary frequency.

**MS**
  Denies joint pain / LOM, joint swelling, joint stiffness, and muscle cramps.

## Vital Signs:

Patient Profile:  22 Years Old Female
Height:           69 inches (175.26 cm)
Weight:           132.99 pounds (60.45 kg)
(Measured Weight: 133lbs. 0oz.)
BMI:              19.71
Temp:             98 degrees F (36.67 degrees C) oral
Pulse rate:       78 / minute
Resp:             15 per minute
BP sitting:       112 / 71  (left arm)
Cuff size:        regular

Pt. in pain?      no

Vitals Entered By: Marsha Johnson, LPN (October 31, 2012 2:46 PM)
**Tobacco Use:** Current: smokes every day

P070

# Montefiore

**Montefiore**
111 210th Street  Bronx, NY 10467
7189206266 Fax: 000-000-1234

*March 20, 2014*
Page 4
Chart Document

**Laura P POLANCO**
Female  DOB:09/27/1990                    MRN:03586426                    Home: (347)536-1563

## Physical Exam

**General:**
   well developed, well nourished, in no acute distress
**Head:**
   normocephalic and atraumatic
**Lungs:**
   clear to auscultation; no crackles, rhonchi, or wheezing
**Heart:**
   regular rate and rhythm with no murmurs, rubs or gallops
**Abdomen:**
   normal bowel sounds, soft, non-tender and non-distended without masses, organomegaly
**Extremities:**
   no clubbing, cyanosis, edema, or deformity noted with full range of motion.
**Neurologic:**
   Alert & oriented X 3, remainder grossly intact

## Impression & Recommendations:

**Problem # 1:**  FRACTURE, RIB, LEFT (ICD-807.00)
Patient still complaining of the pain on the left side of the chest, says the pain is the same as before. She is taking tylenol and motrin. As per her she is getting relief form the pain when she takes the pain meds

**Problem # 2:**  UNSPECIFIED EPISODIC MOOD DISORDER (ICD-296.90)
patient feels depressed several days in a week. She is saying she is feeling depressed since her father died. She denies any suicidal ideation or hurting others. will refer the patient to the Psychiatrist.
Orders:
Psychiatry ( )

**Problem # 3:**  CIGARETT/TOBACCO USER (ICD-305.1)
During the last visit she was given Nicotine patch to help her to stop the smoking but patient is not using the patch and she still snmoking. Counseled the patient regarding the smoking and it's adverse effects. Patient agreed to use the Nicotine patch.
Her updated medication list for this problem includes:
   Nicotine 14 Mg/24hr Pt24 (Nicotine) ..... Take one patch transdermally once daily

**Other Orders:**
Gynecology ( )

P071

# Montefiore

**Montefiore**
111 210th Street  Bronx, NY 10467
7189206266  Fax: 000-000-1234

**Laura P POLANCO**
Female  DOB:09/27/1990                    MRN:03586426

Home: (347)536-1563

## Osteoporosis Risk Assessment:

**Risk Factors for Fracture or Low Bone Density:**
    Hx of Fractures:         yes
    Smoking status:       Current: smokes every day

## Immunization & Chemoprophylaxis:
Influenza vaccine: Fluarix  (10/22/2012)

**Current list of medications (including those ordered today):**

1) NICOTINE 14 MG/24HR PT24 (NICOTINE) take one patch transdermally once daily
2) TYLENOL 325 MG TABS (ACETAMINOPHEN) 2 by mouth every 4 hours as needed

**Patient Instructions:**
Make appointment in 6 months.

..................................................Chandu Siripuram, MD PGY-1 October 31, 2012 3:11 PM
Precepted by:Dr. Jinnat

I discussed this patient with the resident at the time of the visit. We discussed the patient's history and exam. Further, I was present in the exam room and repeated key portions of the visit myself. We jointly arrived at an assessment and plan, and I am in agreement with that plan.

Hosneara Jinnat, MD  October 31, 2012 3:24 PM

**Electronically Signed by Hosneara Jinnat, MD on 11/01/2012 at 12:54 PM**

P072

# Montefiore

**Montefiore**
111 210th Street Bronx, NY 10467
7189206266 Fax: 000-000-1234

*March 20, 2014*
Page 1
Chart Document

**Laura P POLANCO**                                        Home: (347)536-1563
Female DOB:09/27/1990                      MRN:03586426

**10/23/2012 - Lab Report: HIV-1/2 AB (CIA)**
**Provider: Selina Zaman, MD**
**Location of Care: Wakefield Ambulatory Care Center**

Patient: LAURA P POLANCO
ID: MMCLAB 03586426
Note: All result statuses are Final unless otherwise noted.

Tests: (1) HIV-1/2 AB (CIA) (HIV-1/2 AB (CIA))
  HIV-1/2 AB (CIA)          Negative              Negative          MO

    Assay performed on Siemens Medical Diagnostics instrument by
    chemiluminescent immunoassay.
    The performance of the assay has not been established for
    populations on infants or children.

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 10/24/2012 4:17 PM

---

(1) Order result status: Final
Collection or observation date-time: 10/23/2012 14:12:00
Requested date-time: 10/23/2012 14:12
Receipt date-time: 10/23/2012 14:12
Reported date-time:
Referring Physician:
Ordering Physician: SELINA ZAMAN (26824)
Specimen Source:
Source: MMCLAB
Filler Order Number: 12-2703762-VQA-0 GGGLAB
Lab site: 122703762

**Electronically Signed by Selina Zaman, MD on 10/25/2012 at 10:27 AM**

---

# Montefiore

**Montefiore**
111 210th Street Bronx, NY 10467
7189206266 Fax: 000-000-1234

**Laura P POLANCO**                                                          Home: (347)536-1563
Female  DOB:09/27/1990                          MRN:03586426

**10/23/2012 - Lab Report: LIPID PROFILE**
**Provider: Selina Zaman, MD**
**Location of Care: Wakefield Ambulatory Care Center**

Patient: LAURA P POLANCO
ID: MMCLAB 03586426
Note: All result statuses are Final unless otherwise noted.

Tests: (1) LIPID PROFILE (LIPID PROFILE)

| Test | | Result | Reference | |
|---|---|---|---|---|
| CHOLESTEROL | | 158 mg/dL | 122-200 | MO |
| TRIGLYCERIDES | | 55 mg/dL | 36-150 | MO |
| HDL-CHOLESTEROL | [H] | 64 mg/dL | 40-60 | MO |
| LDL-CHOLESTEROL CALC | | 83 mg/dL | < 130 | MO |
| CHOL/HDL RATIO | | 2.5 | < 5.0 | MO |

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 10/23/2012 11:02 PM

---

(1) Order result status: Final
Collection or observation date-time: 10/23/2012 14:12:00
Requested date-time: 10/23/2012 14:12
Receipt date-time: 10/23/2012 14:12
Reported date-time:
Referring Physician:
Ordering Physician: SELINA ZAMAN (26824)
Specimen Source:
Source: MMCLAB
Filler Order Number: 12-2703762-LIP-0 GGGLAB
Lab site: 122703762

**Electronically Signed by Selina Zaman, MD on 10/24/2012 at 10:12 AM**

---

P074

# Montefiore

**Montefiore**
111 210th Street Bronx, NY 10467
7189206266 Fax: 000-000-1234

**Laura P POLANCO**                                    Home: (347)536-1563
Female  DOB:09/27/1990                    MRN:03586426

---

**10/23/2012 - Lab Report: LIVER TESTS**
**Provider: Selina Zaman, MD**
**Location of Care: Wakefield Ambulatory Care Center**

```
Patient: LAURA P POLANCO
ID: MMCLAB 03586426
Note: All result statuses are Final unless otherwise noted.
```

```
Tests: (1) LIVER TESTS (LIVER TESTS)
     ALBUMIN            4.8 g/dL              3.2-4.8      MO
     BILIRUBIN TOTAL    0.3 mg/dL             0.2-1.2      MO
     BILIRUBIN DIRECT   0.1 mg/dL             0.1-0.3      MO
     ALKALINE PHOS      60 U/L                42-98        MO
     SGOT               21 U/L                9-36         MO
     SGPT               19 U/L                5-40         MO
     TOTAL PROTEIN      7.9 g/dL              6.0-8.5      MO
```

```
Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 10/23/2012 11:02 PM
```

---

```
(1) Order result status: Final
Collection or observation date-time: 10/23/2012 14:12:00
Requested date-time: 10/23/2012 14:12
Receipt date-time: 10/23/2012 14:12
Reported date-time:
Referring Physician:
Ordering Physician: SELINA ZAMAN (26824)
Specimen Source:
Source: MMCLAB
Filler Order Number: 12-2703762-LFT-0 GGGLAB
Lab site: 122703762
```

**Electronically Signed by Selina Zaman, MD on 10/24/2012 at 10:18 AM**

---

P075

# Montefiore

**Montefiore**
111 210th Street Bronx, NY 10467
7189206266 Fax: 000-000-1234

*March 20, 2014*
Page 1
Chart Document

**Laura P POLANCO**　　　　　　　　　　　　　　Home: (347)536-1563
Female DOB:09/27/1990　　　　　　MRN:03586426

## 10/23/2012 - Lab Report: BASIC METAB PANEL
**Provider: Selina Zaman, MD**
**Location of Care: Wakefield Ambulatory Care Center**

Patient: LAURA P POLANCO
ID: MMCLAB 03586426
Note: All result statuses are Final unless otherwise noted.

Tests: (1) BASIC METAB PANEL (BASIC METAB PANEL)

| | | | |
|---|---|---|---|
| SODIUM | 139 mEq/L | 135-145 | MO |
| POTASSIUM | 4.1 mEq/L | 3.5-5.0 | MO |
| CHLORIDE | 100 mEq/L | 98-108 | MO |
| CO2 | 28 mEq/L | 24-30 | MO |
| GLUCOSE | 81 mg/dL | 70-115 | MO |
| UREA NITROGEN | 14 mg/dL | 6-20 | MO |
| CALCIUM | 10.0 mg/dL | 8.5-10.5 | MO |
| CREATININE | 0.8 mg/dL | 0.5-1.5 | MO |
| GFR CALCULATION | > 60 ml/min | > 60 | MO |

    RACE UNKNOWN - Female, age 22 year(s)
    If African American Female,the eGFR IDMS-Traceable is > 60 mL/min/1.73
sq.
    If Non African American Female,the eGFR IDMS-Traceable is > 60
mL/min/1.73
    sq.meter

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 10/23/2012 11:02 PM

---

(1) Order result status: Final
Collection or observation date-time: 10/23/2012 14:12:00
Requested date-time: 10/23/2012 14:12
Receipt date-time: 10/23/2012 14:12
Reported date-time:
Referring Physician:
Ordering Physician: SELINA ZAMAN (26824)
Specimen Source:
Source: MMCLAB
Filler Order Number: 12-2703762-CH7-0 GGGLAB
Lab site: 122703762


----------------

The following non-numeric lab results were dispersed to
the flowsheet even though numeric results were expected:

  GFR CALCULATION, > 60


**Electronically Signed by Selina Zaman, MD on 10/24/2012 at 10:18 AM**

P076

# Montefiore

**Montefiore**
111 210th Street  Bronx, NY 10467
7189206266  Fax: 000-000-1234

*March 20, 2014*
*Page 2*
*Chart Document*

# Montefiore

**Montefiore**
111 210th Street Bronx, NY 10467
7189206266 Fax: 000-000-1234

**Laura P POLANCO**
Female  DOB:09/27/1990

Home: (347)536-1563

MRN:03586426

**10/23/2012 - Lab Report: CBC**
**Provider: Selina Zaman, MD**
**Location of Care: Wakefield Ambulatory Care Center**

Patient: LAURA P POLANCO
ID: MMCLAB 03586426
Note: All result statuses are Final unless otherwise noted.

Tests: (1) CBC (CBC)

| Test | | Result | Reference Range | |
|---|---|---|---|---|
| WBC | | 7.8 k/uL | 4.8-10.8 | MO |
| RBC | | 4.39 MIL/uL | 4.00-5.20 | MO |
| HEMOGLOBIN | | 12.9 g/dL | 12.3-15.3 | MO |
| HEMATOCRIT | | 39.5 % | 36.0-45.0 | MO |
| MCV | | 90.0 fL | 80.0-96.0 | MO |
| MCH | | 29.4 pg | 27.0-33.0 | MO |
| MCHC | [L] | 32.7 g/dL | 33.0-36.0 | MO |
| MPV | | 10.2 fL | 8.0-12.0 | MO |
| PLATELET-COUNT | | 302.0 k/uL | 150.0-400.0 | MO |
| GRAN % | | 61 % | 40-70 | MO |
| LYMPH % | | 30 % | 20-50 | MO |
| MONO % | | 8 % | 1-8 | MO |
| EOS % | | 1 % | < 6 | MO |
| BASO % | | 0 % | < 3 | MO |
| GRAN COUNT | | 4.7 k/uL | 1.8-7.7 | MO |
| LYMPH COUNT | | 2.3 k/uL | 1.0-4.8 | MO |
| MONO COUNT | [H] | 0.6 k/uL | 0.3-0.5 | MO |
| EOS COUNT | | 0.1 k/uL | 0.0-0.3 | MO |
| BASO COUNT | | 0.04 k/uL | < 0.06 | MO |
| RDW | | 12.8 | 12.1-16.5 | MO |
| ! NRBC (%) | | 0.0 /100 wbc | | MO |
| ! NRBC (ABS) | | 0.00 k/uL | | MO |

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 10/23/2012 9:52 PM

---

(1) Order result status: Final
Collection or observation date-time: 10/23/2012 14:12:00
Requested date-time: 10/23/2012 14:12
Receipt date-time: 10/23/2012 14:12
Reported date-time:
Referring Physician:
Ordering Physician: SELINA ZAMAN (26824)
Specimen Source:
Source: MMCLAB
Filler Order Number: 12-2703762-CBC-0 GGGLAB
Lab site: 122703762

-----------------

# Montefiore

**Montefiore**
111 210th Street Bronx, NY 10467
7189206266 Fax: 000-000-1234

*March 20, 2014*
Page 2
Chart Document

**Laura P POLANCO**                                        Home: (347)536-1563
Female DOB:09/27/1990                     MRN:03586426

```
The following lab values were dispersed to the flowsheet
with no units conversion:

  RBC, 4.39 MIL/UL, (F)  expected units: M/uL

-----------------

The following results were not dispersed to the flowsheet:

  NRBC (%), 0.0 /100 wbc, (F)
  NRBC (ABS), 0.00 k/uL, (F)
```

**Electronically Signed by Selina Zaman, MD on 10/29/2012 at 10:10 AM**

P079

# Montefiore

**Montefiore**
111 210th Street Bronx, NY 10467
7189206266 Fax: 000-000-1234

*March 20, 2014*
Page 1
Chart Document

**Laura P POLANCO**                                    Home: (347)536-1563
Female DOB:09/27/1990            MRN:03586426

**10/23/2012 - Lab Report: URINALYSIS,MICRO**
**Provider: Selina Zaman, MD**
**Location of Care: Wakefield Ambulatory Care Center**

Patient: LAURA P POLANCO
ID: MMCLAB 03586426
Note: All result statuses are Final unless otherwise noted.

Tests: (1) URINALYSIS,MICRO (URINALYSIS,MICRO)

| | | | |
|---|---|---|---|
| RBC, URINE | 2.2 /HPF | 0-3 /HPF | MO |
| WBC, URINE | 1.6 /HPF | 0-4 /HPF | MO |
| SQ EPITH. CELLS | Few /LPF | Few | MO |
| BACTERIA | 1+ /HPF | Negative | MO |

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 10/24/2012 1:29 AM

---

(1) Order result status: Final
Collection or observation date-time: 10/23/2012 14:11:00
Requested date-time: 10/23/2012 14:11
Receipt date-time: 10/23/2012 14:11
Reported date-time:
Referring Physician:
Ordering Physician: SELINA ZAMAN (26824)
Specimen Source:
Source: MMCLAB
Filler Order Number: 12-2703759-UAM-0 GGGLAB
Lab site: 122703759


-----------------


The following lab values were dispersed to the flowsheet
with no units conversion:

  WBC, URINE, 1.6 /HPF, (F)   expected units: cells/hpf


-----------------


The following non-numeric lab results were dispersed to
the flowsheet even though numeric results were expected:

  BACTERIA, 1+


**Electronically Signed by Selina Zaman, MD on 10/24/2012 at 10:18 AM**

---

# Montefiore

**Montefiore**
111 210th Street  Bronx, NY 10467
7189206266  Fax: 000-000-1234

**Laura P POLANCO**                                          Home: (347)536-1563
Female  DOB:09/27/1990                    MRN:03586426

**10/23/2012 - Lab Report: URINALYSIS**
**Provider: Selina Zaman, MD**
**Location of Care: Wakefield Ambulatory Care Center**

Patient: LAURA P POLANCO
ID: MMCLAB 03586426
Note: All result statuses are Final unless otherwise noted.

Tests: (1) URINALYSIS (URINALYSIS)

|   | Test | Result | | Reference | |
|---|---|---|---|---|---|
|   | COLOR, URINE | Yellow | | Yellow | MO |
|   | APPEARANCE, URINE | Clear | | Clear | MO |
|   | SPECIFIC GRAVITY | 1.021 | | 1.001-1.035 | MO |
|   | PH, URINE | 7.0 | | 5.0-8.0 | MO |
|   | PROTEIN, URINE | 30 mg/dL | | Negative | MO |
|   | GLUCOSE, URINE | Negative mg/dL | | Negative | MO |
|   | KETONE (ACETONE) | Negative mg/dL | | Negative | MO |
|   | BILIRUBIN | Negative | | Negative | MO |
| ! | OCCULT BLOOD | Negative | | Negative | MO |
|   | UROBILINOGEN | 0.2 EU | | 0.1-1.0 | MO |
|   | NITRITE | Negative | | Negative | MO |
| ! | LEUCOCYTE | Negative | | Negative | MO |

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 10/24/2012 1:01 AM

---

(1) Order result status: Final
Collection or observation date-time: 10/23/2012 14:11:00
Requested date-time: 10/23/2012 14:11
Receipt date-time: 10/23/2012 14:11
Reported date-time:
Referring Physician:
Ordering Physician: SELINA ZAMAN (26824)
Specimen Source:
Source: MMCLAB
Filler Order Number: 12-2703759-UA-0 GGGLAB
Lab site: 122703759

------------------

The following non-numeric lab results were dispersed to
the flowsheet even though numeric results were expected:

  GLUCOSE, URINE, Negative
  KETONE (ACETONE), Negative

------------------

The following results were not dispersed to the flowsheet:

P081

# Montefiore

**Montefiore**
111 210th Street  Bronx, NY 10467
7189206266  Fax: 000-000-1234

*March 20, 2014*
Page 2
Chart Document

**Laura P POLANCO**                                            Home: (347)536-1563
Female  DOB:09/27/1990                    MRN:03586426

```
OCCULT BLOOD, Negative, (F)
LEUCOCYTE, Negative, (F)
```

**Electronically Signed by Selina Zaman, MD on 10/24/2012 at 10:18 AM**

# Montefiore

**Montefiore**
111 210th Street
Bronx, NY 10467
Tel: 7189206266

Fax: 000-000-0000

**Date:** October 22, 2012

**Name:** Laura P POLANCO
**Address:**
1354 MERRIAM AVENUE
4C
BRONX, NY 10452

To Whom It May Concern:

This patient was seen in this office on : October 22, 2012
She needs further evaluation by Orthopedic brfore she goes to work.

If you need additional information, please feel free to contact our office.

Geny George, MD
Montefiore

# Montefiore

**Montefiore**
111 210th Street Bronx, NY 10467
7189206266  Fax: 000-000-1234

*March 20, 2014*
Page 1
Chart Document

**Laura P POLANCO**                                   Home: (347)536-1563
Female  DOB:09/27/1990                    MRN:03586426

---

**10/22/2012 - Office Visit: Internal Medicine visit - Initial visit**
**Provider: Selina Zaman, MD**
**Location of Care: Wakefield Ambulatory Care Center**

**Visit Type:** Initial visit

**CC:** For letter.

**History of Present Illness:**
22 yr old female with no significant PMH came in requesting out of work letter.
 She has been out of work for the last 2 weeks  due to rib fracture. She says that she has been hit by the cop in the abdomen and and has been in their custody for 2 days and then she went to the ER due to abdominal pain. In the ER xray rib series was done and it showed non displaced fracture of the anterior lateral left 8th rib. She was discharged from the ER with pain medications on the same day.
Pt complains thatshe still has left sided  lower chest pain 5/ 10. non radiating, worsening with movement. She denies shortness of breath , abdominal pain, changes in bowel movemnet, nausea or vomiting.
**Prescriptions:**
TYLENOL 325 MG TABS (ACETAMINOPHEN) 2 by mouth every 4 hours as needed  #30 x 0
    Entered by:      Geny George, MD
    Authorized by:  Selina Zaman, MD
    Signed by:       Selina Zaman, MD on 10/22/2012
    Method used:   Print then Give to Patient
    RxID:  1666540890156890
NICOTINE 14 MG/24HR PT24 (NICOTINE) take one patch transdermally once daily  #30 x 1
    Entered by:      Geny George, MD
    Authorized by:  Selina Zaman, MD
    Signed by:       Selina Zaman, MD on 10/22/2012
    Method used:   Print then Give to Patient
    RxID:  1666540800156890

**Orders Created Today**
CBC, Plt, Auto Differential       L [CBC]
Urinalysis [UA]
Basic Metabolic Panel           J [CH7]
Liver Function        J [LFT]
Lipid Profile       J [LIP]
Gynecology [ ]
Orthopedic [ ]
HIV-1/2 AB (CIA)       J [VQA]
Q2039 Fluarix Influenza, split, >= 3yrs, IM- Dx V04.81 [CPT-Q2039]
90471 imadm prq id subq/im njxs 1 vacc [CPT-90471]
99213 Ofc Vst, Est Level III [CPT-99213]

**Past Medical History:**

# Montefiore

**Montefiore**
111 210th Street  Bronx, NY 10467
7189206266  Fax: 000-000-1234

*March 20, 2014*
Page 2
Chart Document

Laura P POLANCO
Female  DOB:09/27/1990                    MRN:03586426                    Home: (347)536-1563

## Past Surgical History:
none

## Family History:
Father had colon cancer at the age of 74.

## Social History:
Lives alone.
Works in Fedex office.

## Current Allergies:
No known allergies

## Risk Factors:

Tobacco use:  Current: smokes every day
  Year started:  2011
  Cigarettes:  -- 1-2 pack(s) per day
  Counseled to quit/cut down tobacco use:  yes
Drug use:  no
Alcohol use:  yes
  Type:  occasional
  Has patient --
    Felt need to cut down:  no
    Been annoyed by complaints:  no
    Felt guilty about drinking:  no
    Needed eye opener in the morning:  no
Seatbelt use:  100 %
Sun Exposure:  occasionally

*HIV Durable Consent and NYS DOH Guidance for HIV Consent printed and given to patient.*

## Fall screening:
**Have you fallen in the last 3 month?** no

## Weight Screening
**Any unexplained weight LOSS in the last 3 months?** no
**Any unexplained weight GAIN in the last 3 months?** no

## Abuse screening:
**Is there a person in your life who is hurting, threatening or frightening you?** no

P085

# Montefiore

**Montefiore**
111 210th Street  Bronx, NY 10467
7189206266  Fax: 000-000-1234

*March 20, 2014*
*Page 3*
*Chart Document*

**Laura P POLANCO**                                                    Home: (347)536-1563
Female  DOB:09/27/1990                    MRN:03586426

## PHQ-2 Depression screening

Over the past two weeks, how often have you been bothered by any of the following problems?
  1.Little interest or pleasure in doing things:  0
  2.Feeling down, depressed , or hopeless: 2
**Total point score: 2**

## Review of Systems

**General**
  Denies fever and anorexia.

**Eyes**
  Denies blurring and irritation.

**ENT**
  Denies earache and tinnitus.

**CV**
  Denies chest pains and palpitations.

**Resp**
  Denies dyspnea at rest and cough.

**GI**
  Denies difficulty swallowing, nausea, vomiting, and change in bowel habits.

**GU**
  Denies urinary burning and blood in urine.

**MS**
  Denies joint pain / LOM and low back pain.

## Vital Signs:

Patient Profile:  22 Years Old Female
Height:          69 inches (175.26 cm)
Weight:          136.00 pounds (61.82 kg)
(Measured Weight:  136lbs. 0oz.)
BMI:             20.16
Temp:              98 degrees F (36.67 degrees C) oral
Pulse rate:      66 / minute
Resp:            15 per minute
BP sitting:      130 / 84  (right arm)
Cuff size:       regular

P086

# Montefiore

**Montefiore**
111 210th Street Bronx, NY 10467
7189206266 Fax: 000-000-1234

*March 20, 2014*
Page 4
Chart Document

**Laura P POLANCO**                                                    Home: (347)536-1563
Female  DOB:09/27/1990                    MRN:03586426

| | |
|---|---|
| Pt. in pain? | yes |
| Location: | Ribs on left side |
| Intensity: | 5 |
| Type: | aching |

Vitals Entered By: Alexis Devol, ACA (October 22, 2012 1:51 PM)
**Tobacco Use:** Current: smokes every day

## Physical Exam

**General:**
  well developed, well nourished, in no acute distress
**Head:**
  normocephalic and atraumatic
**Eyes:**
  PERRL, EOMI, sclera WNL
**Ears:**
  canals normal, TM's are normal , hearing grossly normal
**Nose:**
  Grossly Normal
**Mouth:**
  oropharynx clear without erythema, exudate, or tonsillar enlargement
**Neck:**
  supple, no masses, trachea midline, thyroid normal, no adenopathy
**Chest Wall:**
  symmetrical, no deformities, tenderness in left lower chest.
**Lungs:**
  clear to auscultation; no crackles, rhonchi, or wheezing
**Heart:**
  regular rate and rhythm with no murmurs, rubs or gallops
**Abdomen:**
  normal bowel sounds, soft, non-distended without masses, organomegaly
Tenderness left upper quadrant.
**Msk:**
  full range of motion, no synovitis or effusions.
**Pulses:**
  pulses normal in all 4 extremities
**Extremities:**
  no clubbing, cyanosis, edema, or deformity noted with full range of motion.
**Neurologic:**
  Alert & oriented X 3, remainder grossly intact

P087

# Montefiore

**Montefiore**
111 210th Street  Bronx, NY 10467
7189206266  Fax: 000-000-1234

*March 20, 2014*
Page 5
Chart Document

**Laura P POLANCO**                                                    Home: (347)536-1563
Female  DOB:09/27/1990                          MRN:03586426

## Impression & Recommendations:

**Problem # 1:**  CIGARETT/TOBACCO USER (ICD-305.1)
counselled. Will give nicotine patches.
Her updated medication list for this problem includes:
   Nicotine 14 Mg/24hr Pt24 (Nicotine) ..... Take one patch transdermally once daily


**Problem # 2:**  FRACTURE, RIB, LEFT (ICD-807.00)
 will give pain medication and ortho referral for further evaluation.
Orders:
Orthopedic ( )


**Problem # 3:**  PHYSICAL EXAMINATION (ICD-V70.0)

Orders:
CBC, Plt, Auto Differential          L (CBC)
Urinalysis  (UA)
Basic Metabolic Panel                J (CH7)
Liver Function          J (LFT)
Lipid Profile          J (LIP)
Gynecology ( )


### Medications Added to Medication List This Visit:
1)  Nicotine 14 Mg/24hr Pt24 (Nicotine) .... Take one patch transdermally once daily
2)  Tylenol 325 Mg Tabs (Acetaminophen) .... 2 by mouth every 4 hours as needed

### Other Orders:
HIV-1/2 AB (CIA)          J (VQA)
Q2039 Fluarix Influenza, split, >= 3yrs, IM- Dx V04.81 (CPT-Q2039)
90471 imadm prq id subq/im njxs 1 vacc (CPT-90471)

## Osteoporosis Risk Assessment:

### Risk Factors for Fracture or Low Bone Density:
      Hx of Fractures:                    yes
      Smoking status:                    Current: smokes every day

## Immunization & Chemoprophylaxis:
   Influenza vaccine: Fluarix  (10/22/2012)

### Current list of medications (including those ordered today):

1)  NICOTINE 14 MG/24HR PT24 (NICOTINE) take one patch transdermally once daily
2)  TYLENOL 325 MG TABS (ACETAMINOPHEN) 2 by mouth every 4 hours as needed

P088

# Montefiore

**Montefiore**
111 210th Street Bronx, NY 10467
7189206266 Fax: 000-000-1234

*March 20, 2014*
Page 6
Chart Document

**Laura P POLANCO**                                    Home: (347)536-1563
Female  DOB:09/27/1990                    MRN:03586426

**Patient Instructions:**
 Quitting smoking is the best single thing you can do for your health.
For help quitting, call 1-866-NY-QUITS or 311.
Make appointment in  2 weeks

................................................................Geny George, MD PGY-1 October 22, 2012 3:45 PM
Precepted by:Dr. Zaman.

OUTPATIENT PRIMARY CARE EXCEPTION:

    I discussed the care of this patient with the resident providing the service, during or immediately after
the patient's visit, and was directly responsible for the patient's management. I have assured that the
services provided are appropriate, and I was immediately available to the patient should the need have
arisen. My discussion with the resident included the patient's history, physical exam, laboratory findings,
and medical decision making.

**Immunization Orders:**
Fluarix

## Fluarix Immunization Committed #1

**Flu vax:** Fluarix
**Flu vax Mfr:** GlaxoSmithKline
**Flu vax VIS:** 7/2/12
**Flu vax Rte:** IM
**Flu vax Dse:** 0.5ml
**Flu vax Lot:** AFLUA706AA
**Flu vax Exp:** 06/30/2013
**Flu vax Site:** left deltoid
**Flu vax By:** Leseta Boyd, LPN

## Vaccine Consent:
1. Do you have a history of severe allergic reactions to this vaccine? no
2. Any prior history of allergic reactions to egg and/or gelatin? no
3. Do you currently have an acute febrile illness? no
4. Have you ever had a severe reaction to latex? no

P089

# Montefiore

**Montefiore**
111 210th Street  Bronx, NY 10467
7189206266  Fax: 000-000-1234

*March 20, 2014*
Page 7
Chart Document

**Laura P POLANCO**
Female  DOB:09/27/1990          MRN:03586426          Home: (347)536-1563

5. Patient is moderately or severely ill? no
6. Vaccine information given and explained to patient? yes
7. Are you currently pregnant? no
**Nursing Comments:**Vaccine information given. Informed patient/guardian to call provider if elevated
fever, rash or sever redness/swelling developes at injection site(s). Injection site care explained. Leseta
Boyd, LPN  October 22, 2012 4:31 PM

**Electronically Signed by Selina Zaman, MD on 10/23/2012 at 12:49 PM**

P090